AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF _____
## MASSACHUSETTS

UNITED STATES OF AMERICA

**V.**

JULIO CARRION SANTIAGO, PEDRO ALBERTO
MIRANDA, REYNALDO RIVERA, JOSE RODRIGUEZ,
ENRIQUE AGOSTO, JOSE TORRADO, CARLOS SANCHEZ,
LUIS R. SANCHEZ, EDWIN TORRES, ZULEIMA REYES and
SANTIAGO ARROYO

## CRIMINAL COMPLAINT

CASE NUMBER: 2004 M 0500 RBC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. In or about December 2003 and continuing _____ in MIDDLESEX AND WORCESTER county, in the
to in or about October 2004

_____ District of    MASSACHUSETTS _____ defendant(s) did, (Track Statutory Language of Offense)

CONSPIRE TO POSSESS WITH INTENT TO DISTRIBUTE AND DISTRIBUTE A MIXTURE OR SUBSTANCE CONTAINING
A DETECTABLE AMOUNT OF HEROIN, A SCHEDULE 1 CONTROLLED SUBSTANCE

in violation of Title _____ 21 _____ United States Code, Section(s) _____ 846, 841(a)(1) _____ .

I further state that I am a(n) _____ SPECIAL AGENT, DEA _____ and that this complaint is based on the following
Official Title

facts:

SEE ATTACHED AFFIDAVIT OF SPECIAL AGENT CALICE COUCHMAN

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

Signature of Complainant

**Special Agent Calice Couchman**

Sworn to before me and subscribed in my presence,

10-14-2004    at 6.55 pm    at    BOSTON, MASSACHUSETTS
Date                                                            City and State

ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer                              Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

✎JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. I _____    Investigating Agency  DEA _____

City _____    **Related Case Information:**

County   MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____    Case No. 04mj500
                                Same Defendant _____    New Defendant _____
                                Magistrate Judge Case Number _____    (01)
                                Search Warrant Case Number _____
                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   JULIO CARRION SANTIAGO _____    Juvenile    ☐ Yes   ☒ No

Alias Name   MACHO

Address   264 MECHANIC ST., 2ND FL., LEOMINISTER, MA

Birth date (Year only):  1959  SSN (last 4 #): _____  Sex ___  Race: _____  Nationality: _____

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   DENISE JEFFERSON CASPER _____    Bar Number if applicable _____

Interpreter:    ☒ Yes  ☐ No    List language and/or dialect:    SPANISH

Matter to be SEALED:    ☒ Yes    ☐ No

    ☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____  in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____  on _____

Charging Document:    ☐ Complaint    ☐ Information    ☐ Indictment

Total # of Counts:    ☐ Petty _____    ☐ Misdemeanor _____    ☐ Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   OCTOBER 14, 2004    Signature of AUSA: *Denise Jefferson Casper*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    JULIO CARRION SANTIAGO _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** I _____    **Investigating Agency** DEA _____

**City** _____    **Related Case Information:**

**County**  MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____    Case No.  04mj500
                                                          Same Defendant _____    New Defendant _____
                                                          Magistrate Judge Case Number _____    (w2)
                                                          Search Warrant Case Number _____
                                                          R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  PEDRO ALBERTO MIRANDA _____    Juvenile  ☐ Yes  ☒ No

Alias Name   TAVO _____

Address   212 WILDER ST., LOWELL, MA _____

Birth date (Year only):  1969   SSN (last 4 #): _____   Sex ___   Race: _____   Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   DENISE CASPER _____    **Bar Number if applicable** _____

**Interpreter:**    ☒ Yes  ☐ No    **List language and/or dialect:**   SPANISH _____

**Matter to be SEALED:**    ☒ Yes  ☐ No

          ☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by** _____ on _____

**Charging Document:**    ☒ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  1

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

**Date:**  OCTOBER 14, 2004    **Signature of AUSA:** Denise G. Casper

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    PEDRO ALBERTO MIRANDA _____

## U.S.C. Citations

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**℘JS 45  (5/97) - (Revised USAO MA 1/15/04)**

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** I _____  **Investigating Agency** DEA _____

**City** _____          **Related Case Information:**

**County**  MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____    Case No.  04mj 500
                                   Same Defendant _____    New Defendant _____ (03)
                                   Magistrate Judge Case Number  _____
                                   Search Warrant Case Number  _____
                                   R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  REYNALDO RIVERA _____          Juvenile  ☐ Yes  ☒ No

Alias Name   REY _____

Address   235 18TH ST., APT 204 DRACUT, MA _____

Birth date (Year only):  1978  SSN (last 4 #): _____  Sex ___  Race: _____  Nationality: _____

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  DENISE CASPER _____  **Bar Number if applicable** _____

**Interpreter:**    ☒ Yes ☐ No        **List language and/or dialect:**    SPANISH _____

**Matter to be SEALED:**    ☒ Yes    ☐ No

           ☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**    Ordered by _____ **on** _____

**Charging Document:**    ☒ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1

**Continue on Page 2 for Entry of U.S.C. Citations**

☐       I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

**Date:**  OCTOBER 14, 2004    **Signature of AUSA:** Denise Q. Wojm

✎JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    REYNALDO RIVERA _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** I _____    **Investigating Agency** DEA _____

**City** _____    **Related Case Information:**

**County**  MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____    Case No.  04-MJ-500

Same Defendant _____    New Defendant _____    (04)

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  JOSE RODRIGUEZ _____    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  261 AILEEN ST 2ND FL. LOWELL, MA _____

Birth date (Year only):  1962  SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  DENISE JEFFERSON CASPER _____    **Bar Number if applicable** _____

**Interpreter:**  ☒ Yes ☐ No    **List language and/or dialect:**  SPANISH

**Matter to be SEALED:**  ☒ Yes  ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .

☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☒ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**  ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**  OCTOBER 14, 2004    **Signature of AUSA:** _Denise J. Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    JOSE RODRIGUEZ** _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** I_____    **Investigating Agency** DEA_____

**City** _____    **Related Case Information:**

**County**  MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____    Case No.   *04MJ 500*
                                   Same Defendant _____    New Defendant _____  *(05)*
                                   Magistrate Judge Case Number _____
                                   Search Warrant Case Number  _____
                                   R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  ENRIQUE AGOSTO_____    Juvenile  ☐ Yes  ☒ No

Alias Name  _____

Address   1 SHATTUCK ST APT 303, LOWELL, MA_____

Birth date (Year only):  1964   SSN (last 4 #): _____  Sex ___  Race: _____  Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  DENISE CASPER_____    **Bar Number if applicable** _____

**Interpreter:**    ☒ Yes  ☐ No    **List language and/or dialect:**    SPANISH_____

**Matter to be SEALED:**    ☒ Yes    ☐ No

        ☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____  in  _____ .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____  on  _____

**Charging Document:**    ☒ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  1_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

**Date:**  OCTOBER 14, 2004    **Signature of AUSA:** _Denise Casper_____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** _____

**Name of Defendant**    ENRIQUE AGOSTO _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | CONSPIRACY TO DISTRIBUTE HEROIN | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. _I_____    Investigating Agency __DEA_____

City _____    Related Case Information:

County __MIDDLESEX/WORCESTER__    Superseding Ind./ Inf. _____    Case No. _04mJ 500_
                                    Same Defendant _____    New Defendant _____ _(06)_
                                    Magistrate Judge Case Number _____
                                    Search Warrant Case Number _____
                                    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __JOSE TORRADO_____    Juvenile ☐ Yes  ☒ No

Alias Name _____

Address __241 MOODY STREET, LOWELL, MA_____

Birth date (Year only): __1980__ SSN (last 4 #): _____ Sex ____ Race: _____ Nationality: _____

**Defense Counsel if known:** _____    Address: _____
                                                            _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __DENISE JEFFERSON CASPER_____    Bar Number if applicable _____

Interpreter: ☒ Yes ☐ No    List language and/or dialect: __SPANISH_____

Matter to be SEALED: ☒ Yes  ☐ No

        ☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☒ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony _1_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **OCTOBER 14, 2004**    Signature of AUSA: _Denise J. Casper_

✎JS 45  (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    JOSE TORRADO** _____

**U.S.C. Citations**

|  | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** I _____  **Investigating Agency** DEA _____

**City** _____  **Related Case Information:**

**County** MIDDLESEX/WORCESTER  Superseding Ind./ Inf. _____  Case No. 04mJ600
    Same Defendant _____  New Defendant _____  (07)
    Magistrate Judge Case Number _____
    Search Warrant Case Number _____
    R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** CARLOS SANCHEZ _____  Juvenile ☐ Yes ☒ No

**Alias Name** CARLITOS _____

**Address** 270 FAIRMOUNT ST APT 1F, FITCHBURG, MA _____

**Birth date (Year only):** 1982 **SSN (last 4 #):** ____ **Sex** ___ **Race:** _____ **Nationality:** _____

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** DENISE JEFFERSON CASPER _____  **Bar Number if applicable** _____

**Interpreter:** ☒ Yes ☐ No    **List language and/or dialect:** SPANISH _____

**Matter to be SEALED:** ☒ Yes ☐ No

    ☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____ on _____

**Charging Document:**    ☒ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony 1

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** OCTOBER 14, 2004    **Signature of AUSA:** _Denise J. Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    CARLOS SANCHEZ _____

### U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

Place of Offense: _____   Category No.  I _____   Investigating Agency  DEA _____

City _____               **Related Case Information:**

County  MIDDLESEX/WORCESTER        Superseding Ind./ Inf. _____   Case No. _____  04-500
                                   Same Defendant _____   New Defendant _____  (08)
                                   Magistrate Judge Case Number _____
                                   Search Warrant Case Number _____
                                   R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   LUIS R. SANCHEZ _____          Juvenile  [ ] Yes  [X] No

Alias Name    PITO _____

Address    427 ROSEWOOD LANE, LOWELL, MA _____

Birth date (Year only):  1974   SSN (last 4 #): _____  Sex ___  Race: _____  Nationality: _____

**Defense Counsel if known:** _____          **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   DENISE JEFFERSON CASPER _____          **Bar Number if applicable** _____

Interpreter:     [X] Yes  [ ] No          **List language and/or dialect:**     SPANISH _____

Matter to be SEALED:     [X] Yes  [ ] No

        [X] Warrant Requested          [ ] Regular Process          [ ] In Custody

**Location Status:**

**Arrest Date:** _____

[ ] Already in Federal Custody as _____  in _____.
[ ] Already in State Custody _____  [ ] Serving Sentence  [ ] Awaiting Trial
[ ] On Pretrial Release:    Ordered by _____  on _____

**Charging Document:**     [ ] Complaint          [ ] Information          [ ] Indictment

**Total # of Counts:**     [ ] Petty _____   [ ] Misdemeanor _____   [ ] Felony _____

                    **Continue on Page 2 for Entry of U.S.C. Citations**

[ ]     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

**Date:  OCTOBER 14, 2004          Signature of AUSA:** _Denise J. Casper_ _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    LUIS R. SANCHEZ** _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                              **U.S. District Court - District of Massachusetts**

Place of Offense: _____    Category No. _I_____    Investigating Agency _DEA_____

City _____    Related Case Information:

County _MIDDLESEX/WORCESTER_    Superseding Ind./ Inf. _____    Case No. _04mJ 500_
                                Same Defendant _____    New Defendant _____
                                Magistrate Judge Case Number _____
                                Search Warrant Case Number _____    (09)
                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _EDWIN TORREZ_____    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address _219 BLACK BROOK RD., LOWELL, MA_____

Birth date (Year only): _1965_  SSN (last 4 #): _____  Sex ___  Race: _____  Nationality: _____

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA _DENISE JEFFERSON CASPER_____    Bar Number if applicable _____

Interpreter:    ☒ Yes ☐ No    List language and/or dialect:    _SPANISH_____

Matter to be SEALED:    ☒ Yes    ☐ No

    ☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____ on _____

Charging Document:    ☒ Complaint    ☐ Information    ☐ Indictment

Total # of Counts:    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony _1_____

Continue on Page 2 for Entry of U.S.C. Citations

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **OCTOBER 14, 2004**    Signature of AUSA: _Denise J. Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    **EDWIN TORREZ** _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

✎JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** I _____    **Investigating Agency** DEA _____

**City** _____    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf. _____    Case No. 04mJ 500

Same Defendant _____    New Defendant _____ (10)

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   ZULEIMA REYES _____    Juvenile   ☐ Yes   ☒ No

Alias Name   LINDA _____

Address   10 CONLON TERRACE, LOWELL, MA _____

Birth date (Year only): 1979   SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

Defense Counsel if known: _____    Address: _____

_____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   DENISE JEFFERSON CASPER _____    **Bar Number if applicable** _____

**Interpreter:**   ☒ Yes  ☐ No        **List language and/or dialect:**   SPANISH _____

**Matter to be SEALED:**   ☒ Yes   ☐ No

☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .

☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☒ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony 1 _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** OCTOBER 14, 2004        **Signature of AUSA** _Denise G. Casper_

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**     ZULEIMA REYES _____

## U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** _____   **Category No.** I   **Investigating Agency** DEA

**City** _____

**Related Case Information:**

**County**  MIDDLESEX/WORCESTER

Superseding Ind./ Inf. _____   Case No. 04mj500
Same Defendant _____   New Defendant _____   (II)
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   SANTIAGO ARROYO          Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   4 MURRAY COURT, APT 61, NASHUA, NEW HAMPSHIRE

Birth date (Year only):   1983   SSN (last 4 #): _____ Sex _____ Race: _____ Nationality: _____

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   DENISE JEFFERSON CASPER          Bar Number if applicable _____

Interpreter:   ☒ Yes  ☐ No          List language and/or dialect:   SPANISH

Matter to be SEALED:   ☒ Yes   ☐ No

☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☒ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1

**Continue on Page 2 for Entry of U.S.C. Citations**

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**  OCTOBER 14, 2004          **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    SANTIAGO ARROYO

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**