# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

v.                                        CRIMINAL NO. 2003-10336-NMG-06

JOSE TORRADO.

# ORDER SETTING
# CONDITIONS OF RELEASE

COLLINGS, U.S.M.J.

After hearing, the Court finds that there is a combination of conditions of release which will reasonably assure the appearance of the defendant and the safety of other persons and the community. Accordingly, the Court sets the following Conditions of Release:

(1) The defendant and his mother shall execute a $25,000 bond secured by the deposit of $25,000 in cash.

(2) The defendant shall live only at 4 Florence Avenue, Lowell, Massachusetts ("the residence") and at no other location.

(3) The defendant shall be subject to electronic monitoring at the residence and may not leave the residence except (a) for the purpose of attending a previously scheduled appearance in a court, (b) for the purpose of visiting an attorney who is representing him

in a pending criminal matter,(c) for the purpose of engaging in employment which is approved by Pre-Trial Services and (d) for the purpose of seeking emergency medical care. Permission to leave the residence for the above-stated purposes (a), (b), (c) or (d) is conditioned on the defendant complying with all of the requirements imposed by the Pre-Trial Services.

(4)   All features on the telephone which are incompatible with electronic monitoring must be removed prior to the defendant's release.

(5)   The defendant is released into the Third Party Custody of his mother, Carmen Torrado.

(6)   The defendant shall not apply for a passport or any type of travel documents while on release.

(7)   The defendant shall not possess any firearms, destructive devices or dangerous weapons while on release and there shall be no such firearms, destructive devices or dangerous weapons in the residence.

(8)   The defendant shall not alcohol to excess and shall not use or possess any narcotic controlled substance except by prescription from a licensed medical practitioner.

(9)   The defendant shall submit to random drug testing by Pre-Trial Services.

(10)  The defendant shall notify Pre-Trial Services within twenty-four (24) hours if he is arrested.

(11)  The defendant's travel is restricted to Essex, Middlesex and Suffolk Counties, Massachusetts.

(12)  The defendant shall comply with all terms of his bail set at the Lowell District Court and shall make all court appearances in that Court in connection with pending criminal matters.

(13) The defendant shall obtain legal employment in which he is paid in a legal manner (not "under the table") and shall provide proof of his employment in the form of pay stubs to Pre-Trial Services.

(14) The defendant shall not violate any Federal, state or local law while on release, including the provisions of 18 U.S.C. §§ 1503, 1512 and 1513.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

Date: November 12, 2004.