AO 98    (Rev. 12/03) Appearance Bond

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

UNITED STATES OF AMERICA
V.

_Jose Torres_
Defendant

**APPEARANCE BOND**

Case Number: _2004- 10336 NMG - 06_

☐ Non-surety: I, the undersigned defendant acknowledge that I and my . . .
☑ Surety: We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ _35,000.00_ , and there has been deposited in the Registry of the Court the sum of
$ _35,000.00_ in cash or _check_ (describe other security.)

The conditions of this bond are that the defendant _Jose Torres_
(Name)
is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on _11/15/2004_ at _Boston, MA_
                             Date                            Place

Defendant _____ Address _4 Florence Ave Lowell, MA 01851_
Surety _Carmen Woodcock_ Address _4 Florence Ave Lowell, MA 01851_
Surety _____ Address _____

Signed and acknowledged before me _11/15/2004_
                                               Date

                                            Noreen A. Russo, Deputy Clerk.
                                            Judge/Clerk

Approved _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JOSE TORRADO

CRIMINAL NO. _CA-10336 NMG (6)_

### AFFIDAVIT OF OWNER OF CASH DEPOSIT

I, _Carmen Maldonado_, on oath say that I reside at _4 Florencia Ave Lowell MA_ zip code _01851_ and that the $ _45,000.00_ cash deposited as security on the foregoing bond is owned by me and is to be returned to me at the above address or other location so designated by me upon exoneration of this bond. I understand that if the defendant violates any of the conditions of release the deposit may be forfeited. A request for return of security should be made in writing after the conclusion of all proceedings. Funds not claimed within five (5) years after the conclusion of the case will be forwarded to the U.S. Treasury.

Sworn to and subscribed before me.

_Elizabeth E. E_____
Deputy Clerk

_11-15-04_
Date

_Carmen Maldonado_
Signature of Owner of Cash Deposit

**\*NOTE: Deposit will be in a non-interest bearing account unless otherwise ordered pursuant to Local Rule 67.2(c)**

### PROCEDURES FOR RETURN OF CASH DEPOSIT

1. Call (617) 748-9134 or write the Court's Accounting Office at the conclusion of the case.

   Clerk, U.S. District Court
   United States Courthouse - Suite 2300
   1 Courthouse Way
   Boston, MA  02210
   Attention: Accounting Office

2. If a cash deposit is to be returned to someone other than the original depositor, the assignment of bail section below should be completed, notarized and returned to the Accounting Office.

3. A refund in the form of a U.S. Treasury check should be available within five (5) working days after receipt of a request for refund. It will be mailed via registered mail to the address indicated on the receipt or may be picked up by the owner at the Clerk's Office.  Photo identification will be required.

I, _____, do hereby assign all my interest and ownership of the above bond to the following person:_____.

Notary Seal

Address
_____
_____

_____
Signature of Owner of Cash Deposit

_____                                                  _____
Signature of Notary                                                            Date

(Bail Affidavit.wpd - 08/98)                                                                                      [kaff.]

```
Mon Nov 15 15:42:58 2004

    UNITED STATES DISTRICT COURT

    BOSTON          , MA

Receipt No.   321 60110
Cashier       nappi

Tender Type  CHECK

Check Number: 5111524

Transaction Type   C

Case No./Def No. 1:04-CR-10336 /   6

DO Code    Div No    Acct
 4638       1       604700

Amount            $  25000.00

BAIL 04-CR-10336(6) JOSE TORRADO / SURET
Y: CARMEN MALDONADO,

4 FLORENCE AVE., LOWELL, MA 01851
```