UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

JOSE TORRADO

CRIMINAL NO. 03-10336NMG

### STANDING PROCEDURAL ORDER

If Pretrial Services in Boston is notified by Securicor EMS, Inc. that a signal from the electronic monitor indicating flight has been received, and a telephone call has confirmed flight, it shall notify the U.S. Marshals for the District of Massachusetts. The Marshals, pursuant to this Order, shall initiate a fugitive investigation to apprehend the defendant. In such a circumstance, the U.S. Marshals shall notify the Court no later than the next business day of the initiation of the fugitive investigation and obtain a formal arrest warrant for violation of conditions of release.

SO ORDERED.

_____
U.S. Judge or U.S. Magistrate Judge

Date   NOV 2 4 2004

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 6420
Boston, Massachusetts 02210