UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.: 04-10336

UNITED STATES OF AMERICA

v.

JOSE TORRADO

**MOTION BY JOSE TORRADO TO MODIFY CONDITIONS OF RELEASE [ASSENTED]**

Now comes the defendant and moves this Honorable Court to modify his conditions of release so that he may leave his home for three hours for the purpose of getting married. If the Court approves this modification, he will be married at the Lowell City Hall, 375 Merrimack Street, Lowell, MA 01852 on December 13, 2004 at 1:00 p.m.. The Lowell City Hall is located near his residence. He will depart on December 13, 2004 at 12:30 p.m. and will return to his residence by 3:30 p.m.. Chris Wylie, his Pretrial Services supervisor, does not oppose this modification. Denise Caspar, the assistant United States Attorney has assented to it.

Respectfully submitted,

| By his attorney | Assented by: |
|---|---|
| /s/ Lenore Glaser | /s/ Denise Caspar |
| Lenore Glaser, Esq. | Denise Caspar, |
| 25 Kingston Street | Assistant U.S. Attorney |
| 6th Floor | U.S. District Court |
| Boston, MA 02111 | 1 Courthouse Way, Suite 9200 |
| (617) 753-9988 | Boston, MA 02210 |
| BBO #: 194220 | (617) 748-3100 |

Dated: December 7, 2004

Case 1:04-cr-10336-NMG     Document 91     Filed 12/07/2004     Page 2 of 2