UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.: 04-10336

UNITED STATES OF AMERICA

v.

JOSE TORRADO

**EX PARTE MOTION FOR FUNDS**

The defendant, JOSE TORRADO, pursuant to 18 U.S.C. 3006A, hereby requests the Court to authorize the expenditure of funds for copies of videotapes which the Government has obtained in this case. The total cost will be $ 300.00. The defendant has already been determined to be indigent and is represented in this matter by appointed counsel.

These tapes are necessary for the defendant in the preparation of his defense. <u>United States v. Rengifro</u>, 663 F. 2d 361 (1st Cir., 1981).

WHEREFORE, Defendant prays this Court to authorize such funds.

Respectfully submitted,

By his attorney

   /s/ Lenore Glaser
Lenore Glaser, Esq.
25 Kingston Street
6th Floor
Boston, MA 02111
(617) 753-9988
BBO #: 194220

Dated: <u>December 16, 2004</u>