UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.: 04-10336

UNITED STATES OF AMERICA

v.

SANTIAGO ET AL.

## DEFENDANT JOSE TORRADO'S MOTION FOR VOLUNTARY DETENTION

Now comes the defendant, JOSE TORRADO and moves this Court for an order of voluntary detention. He is presently on the electronic bracelet and will arrange with the pretrial services for the return of the bracelet and will submit himself to the custody of the United States Marshals, as soon as this order is granted.

Respectfully submitted,
JOSE TORRADO
By his attorney,

    /s/ Lenore Glaser                                    Dated: March 15, 2005
Lenore Glaser, Esq.
25 Kingston Street
6th Floor
Boston, MA 02111
(617) 753-9988
BBO #: 194220