UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.: 04-10336

UNITED STATES OF AMERICA

v.

SANTIAGO ET AL.

**DEFENDANT JOSE TORRADO'S MOTION TO WITHDRAW THE MOTION FOR VOLUNTARY DETENTION**

      Now comes the defendant, JOSE TORRADO and moves this Court for an order to withdraw the motion for voluntary detention which was improvidently filed.

Respectfully submitted,
JOSE TORRADO
By his attorney,

  /s/ Lenore Glaser                              Dated: March 21, 2005
Lenore Glaser, Esq.
25 Kingston Street
6th Floor
Boston, MA 02111
(617) 753-9988
BBO #: 194220