UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.: 04-10336

UNITED STATES OF AMERICA
v.
SANTIAGO ET AL.

**DEFENDANT JOSE TORRADO'S MOTION FOR MODIFICATION OF THE CONDITIONS OF RELEASE AND WITHDRAWAL OF PREVIOUS MOTION**

     The defendant, JOSE TORRADO moves this honorable Court to modify the terms and conditions of his release, by eliminating the requirement of the third party custodian, his mother. The defendant will continue to be monitored by the electric bracelet, and will maintain his employment. (He is working full time for Atlantic Used Trucks and Salvage Corp. The employment has been approved by pretrial services. The $25,000 surety will remain in effect.

     The assistant United States Attorney, Denise Jefferson Caspar does not oppose this motion. Chris Wylie, the pretrial supervisor for Torrado does not oppose these conditions.

     WHEREFORE : The defendant prays that this Court grant the modification and that it be effective as soon as he finds an alternative place to live that is approved by pretrial services.

Respectfully submitted,
JOSE TORRADO
By his attorney,

  /s/ Lenore Glaser                                                Dated: March 21, 2005
Lenore Glaser, Esq.
25 Kingston Street
6th Floor
Boston, MA 02111
(617) 753-9988
BBO #: 194220