✎JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**       **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____ **Category No.** I_____ **Investigating Agency** DEA_____

**City** Lowell/Fitchburg/Leominster     **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf. X_____ Case No. 04-10336-NMG
                              Same Defendant          New Defendant _____
                              Magistrate Judge Case Number   2004-M-00500-RBC
                              Search Warrant Case Number   2004-M-00502-RBC
                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   JULIO CARRION SANTIAGO_____     Juvenile   ☐ Yes   ☒ No

Alias Name   MACHO_____

Address   264 MECHANIC ST., 2ND FL., LEOMINSTER, MA_____

Birth date (Year only): 1959   SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:**   John Cicilline, Esq._____    **Address:** 387 Atwells Avenue
                                                        Providence, RI 02909

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** DENISE JEFFERSON CASPER_____    **Bar Number if applicable** 568116

**Interpreter:**   ☐ Yes ☒ No     **List language and/or dialect:** _____

**Matter to be SEALED:**   ☐ Yes   ☒ No

    ☐ **Warrant Requested**     ☐ **Regular Process**       ☒ **In Custody**

**Location Status:**

**Arrest Date:**    October 15, 2004_____

☒ **Already in Federal Custody as** October 15, 2004_____ in   **Plymouth House of Correction** .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release: Ordered by** _____ **on** _____

**Charging Document:**   ☐ **Complaint**    ☐ **Information**    ☒ **Indictment**

**Total # of Counts:**   ☐ **Petty** _____ ☐ **Misdemeanor** _____ ☒ **Felony**   3

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.**

**Date:** APRIL 13, 2005     **Signature of AUSA:** _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** **(To be filled in by deputy clerk):** _____

**Name of Defendant** ___JULIO CARRION SANTIAGO_____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2  18 USC § 924(c) | Possession of firearms in furtherance of a drug | 7 |
| Set 3  26 USC 5861(d) | Possession of unlicenced firearms | 8 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:** _____    **Category No.** I _____    **Investigating Agency** DEA _____

**City** Lowell/Fitchburg/Leominster    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf.  X _____    Case No.    04-10336-NMG
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    2004-M-00500-RBC
Search Warrant Case Number    2004-M-00505-RBC
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  PEDRO ALBERTO MIRANDA _____    Juvenile    ☐ Yes    ☒ No

Alias Name   TAVO, Carlos Colon _____

Address   212 WILDER ST., LOWELL, MA _____

Birth date (Year only):  1969    SSN (last 4 #): _____ Sex ___ Race: _____    Nationality: _____

**Defense Counsel if known:**    John Palmer, Esq. _____    **Address:** 24 School Street
**Bar Number:** _____                     Boston, MA 02108

**U.S. Attorney Information:**

**AUSA**  DENISE JEFFERSON CASPER _____    Bar Number if applicable  568116

**Interpreter:**    ☒ Yes  ☐ No    **List language and/or dialect:**    SPANISH

**Matter to be SEALED:**    ☐ Yes    ☒ No

    ☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

**Arrest Date:**    October 15, 2004 _____

☒ Already in Federal Custody as   October 15, 2004 _____    in   Plymouth House of Correction _____ .
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____    on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:  APRIL 13, 2005**    **Signature of AUSA:** _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    PEDRO ALBERTO MIRANDA _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** _I_____  **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster_  **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_  Superseding Ind./ Inf. _X_____  Case No. _04-10336NMG____
                                    Same Defendant _____  New Defendant _____
                                    Magistrate Judge Case Number _2004-M-00500-RBC_____
                                    Search Warrant Case Number _2004-M-00501-RBC___
                                    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _REYNALDO RIVERA_____  Juvenile ☐ Yes ☒ No

Alias Name _REY_____

Address _235 18TH ST., APT 204 DRACUT, MA_____

Birth date (Year only): _1978_ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** **Carl Donaldson, Esq.**  **Address:** **11 Beacon Street, Suite 600**
                                                                    **Boston, MA 02108**
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____  **Bar Number if applicable** **568116**

**Interpreter:** ☒ Yes ☐ No  **List language and/or dialect:** **SPANISH**

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**  ☒ **Regular Process**  ☐ **In Custody**

**Location Status:**

**Arrest Date:** **October 15, 2004**

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release:** **Ordered by** **Judge Collings** **on** **November 12, 2004**

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** _____ ☐ **Misdemeanor** _____ ☒ **Felony** **6**

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** **APRIL 13, 2005**  **Signature of AUSA:** _Denise U Jefferson Co___

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     REYNALDO RIVERA _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | 21 USC § 841(a) (1) | Possession w/intent to distribute heroin | 2,3,4,5,6 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** I _____  **Investigating Agency** DEA _____

**City** Lowell/Fitchburg/Leominster         **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf.  X _____  Case No. 04-10336-NMG
                                 Same Defendant _____    New Defendant _____
                                 Magistrate Judge Case Number  2004-M-00500-RBC _____
                                 Search Warrant Case Number  _____
                                 R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  ENRIQUE AGOSTO _____    Juvenile ☐ Yes  ☒ No

Alias Name  _____

Address  1 SHATTUCK ST APT 303, LOWELL, MA _____

Birth date (Year only): 1964  SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** Cathy Byrne, Esq. _____  **Address:** 408 Atlantic Avenue, 3rd Floor
                                                              Boston, MA 02108

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** DENISE JEFFERSON CASPER _____  **Bar Number if applicable** 568116 _____

**Interpreter:** ☐ Yes ☒ No     **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes  ☒ No

        ☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:**  October 15, 2004 _____

☒ Already in Federal Custody as  October 15, 2004 _____  in  **Plymouth House Of Correction** .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  **Ordered by** _____  **on** _____

**Charging Document:**  ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** APRIL 13, 2005    **Signature of AUSA:** Denise J Jefferson Casper

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    ENRIQUE AGOSTO _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | **CONSPIRACY TO DISTRIBUTE HEROIN** | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

✎JS 45  (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** I_____  **Investigating Agency** DEA_____

**City** Lowell/Fitchburg/Leominster    **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf.  X_____    Case No.   04-10336NMG
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    2004-M-00500-RBC
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  JOSE TORRADO_____    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address   241 MOODY STREET, LOWELL, MA_____

Birth date (Year only):  1980   SSN (last 4 #): _____  Sex ___  Race: _____  Nationality: _____

**Defense Counsel if known:**    Lenore M. Glaser, Esq._____    **Address:** 25 Kingston Street
Boston, MA 02111

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  DENISE JEFFERSON CASPER_____    Bar Number if applicable  568116

**Interpreter:**    ☐ Yes ☒ No    List language and/or dialect: _____

**Matter to be SEALED:**    ☐ Yes  ☒ No

☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:**    October 15, 2004_____

☐ Already in Federal Custody as _____  in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  Judge Collings  on  November 12, 2004

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** APRIL 13, 2005    **Signature of AUSA:** _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    **JOSE TORRADO** _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1    21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

✏️JS 45  (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                      **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** _1_____   **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster___   **Related Case Information:**

**County** _MIDDLESEX/WORCESTER__   Superseding Ind./ Inf. __X_____   Case No. ___04-10336-NMG___
                                     Same Defendant _____ New Defendant _____
                                     Magistrate Judge Case Number ___2004-M-00500-RBC_____
                                     Search Warrant Case Number __2004-M-00503-RBC_____
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  _CARLOS SANCHEZ_____   Juvenile   ☐ Yes   ☒ No

Alias Name  _CARLITOS_____

Address  _270 FAIRMOUNT ST  APT 1F, FITCHBURG, MA_____

Birth date (Year only):  _1982_ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:**  _Tony Scola, Esq._____   **Address:** _47 Harvard Street_____
                                                                        _Worcester, MA 02609_____

**Bar Number:**  _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____   **Bar Number if applicable** _568116_____

**Interpreter:**   ☐ Yes ☒ No        **List language and/or dialect:** _____

**Matter to be SEALED:**   ☐ Yes  ☒ No

   ☐ **Warrant Requested**        ☒ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:**   _October 15, 2004_____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ Serving Sentence   ☐ Awaiting Trial
☒ **On Pretrial Release:**  **Ordered by** _Judge Collings_____ **on** _November 3, 2004_____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  _1_____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:  APRIL 13, 2005**        **Signature of AUSA:** _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** **(To be filled in by deputy clerk):** _____

**Name of Defendant** <u>CARLOS SANCHEZ</u>

**U.S.C. Citations**

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    Category No. _I_____    **Investigating Agency** _DEA_____

**City** _Lowell/.Fitchburg/Leominster___    **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_    Superseding Ind./ Inf. __X_____    Case No. __04-10336-NMG___
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number __2004-M-00500-RBC_____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _LUIS R. SANCHEZ_____    Juvenile    ☐ Yes    ☒ No

Alias Name _PITO_____

Address _427 ROSEWOOD LANE, LOWELL, MA___

Birth date (Year only): _1974_ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** _Sean T. Delaney, Esq._____    **Address:** _228 Central Street_____
_Lowell, MA 01852_____
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____    **Bar Number if applicable** _568116_____

**Interpreter:** ☒ Yes ☐ No    **List language and/or dialect:** _SPANISH_____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release: Ordered by** _Judge Collings_____ **on** _October 21, 2004_____

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony _1___

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: **APRIL 13, 2005**    Signature of AUSA: _Denise Jefferson Casper_

✎JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    <u>LUIS R. SANCHEZ</u> _____

U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   <u>21 USC § 846</u> | <u>Conspiracy to distribute heroin</u> | <u>1</u> |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

Place of Offense: _____   Category No. _I_____   Investigating Agency __DEA_____

City _Lowell/Fitchburg/Leominster_   **Related Case Information:**

County __MIDDLESEX/WORCESTER__   Superseding Ind./ Inf. ___X_____   Case No. ___04-10336-NMG___
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number ____2004-M-00500-RBC_____
Search Warrant Case Number ___2004-M-00504-RBC_____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __EDWIN TORREZ_____   Juvenile ☐ Yes ☒ No

Alias Name _____

Address __219 BLACK BROOK RD., LOWELL, MA_____

Birth date (Year only): _1965_ SSN (last 4 #): ____ Sex _M_ Race: _____ Nationality: _____

**Defense Counsel if known:** __Victoria Bonilla-Argudo, Esq.__   Address: _77 Central Street, 2ⁿᵈ Floor_
**Bar Number:** _____   _Boston, MA 02109_

**U.S. Attorney Information:**

AUSA __DENISE JEFFERSON CASPER_____   Bar Number if applicable _568116___

Interpreter: ☒ Yes ☐ No   List language and/or dialect: __SPANISH_____

Matter to be SEALED: ☐ Yes ☒ No

☐ **Warrant Requested**   ☒ **Regular Process**   ☐ **In Custody**

**Location Status:**

Arrest Date: __October 15, 2004_____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by _Judge Collings_____ on _October 21, 2004____

**Charging Document:** ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony _1___

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **APRIL 13, 2005**   Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant    EDWIN TORREZ** _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** _I_____  **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster___  **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_  Superseding Ind./ Inf. __X_____  Case No. __04-10336-NMG__
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number ___2004-M-00500-RBC_____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __JOSE RODRIGUEZ_____  Juvenile ☐ Yes  ☒ No

Alias Name _____

Address __261 AIKEN ST 2ND FL. LOWELL, MA_____

Birth date (Year only): _1962_ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** _Valerie S. Carter, Esq._____  **Address:** _530 Atlantic Avenue_____
____Boston, MA 02108_____
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA _DENISE JEFFERSON CASPER_____  Bar Number if applicable _568116_____

**Interpreter:**  ☒ Yes ☐ No       List language and/or dialect:      _SPANISH_____

**Matter to be SEALED:**  ☐ Yes  ☒ No

☐ **Warrant Requested**       ☐ **Regular Process**       ☒ **In Custody**

**Location Status:**

**Arrest Date:**      _October 15, 2004_____

☒ Already in Federal Custody as  _October 15, 2004_____  in  _Plymouth House of Correction_____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  _1_____

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _APRIL 13, 2005_        Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** **(To be filled in by deputy clerk):** _____

**Name of Defendant**    **JOSE RODRIGUEZ** _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** _I_____  **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster_   **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_   Superseding Ind./ Inf. _X_____  Case No. _04-10336-NMG_
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _2004-M-00500-RBC_
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _ZULEIMA REYES_____  Juvenile ☐ Yes ☒ No

Alias Name _LINDA_____

Address _10 CONLON TERRACE, LOWELL, MA_____

Birth date (Year only): _1979_ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** _John D. Hodges, Esq._____  Address: _1360 Main Street_
_Tewksbury, MA 01876_

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____  Bar Number if applicable _568116_

**Interpreter:** ☐ Yes ☒ No   **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested** ☒ **Regular Process** ☐ **In Custody**

**Location Status:**

**Arrest Date:** _October 15, 2004_____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by _Judge Collings_ on _November 15, 2004_

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony _5_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** _APRIL 13, 2005_   **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    ZULEIMA REYES _____

**U.S.C. Citations**

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   21 USC § 846 | Conspiracy to distribute heroin | 1 |
| Set 2   21 USC § 841(a)(1) | Possession w/intent to distribute heroin | 3,4,5,6 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____ **Category No.** _1_____ **Investigating Agency** _DEA_____

**City** _Lowell/Fitchburg/Leominster_    **Related Case Information:**

**County** _MIDDLESEX/WORCESTER_    Superseding Ind./ Inf. _X_____    Case No. _04-10336-NMG____
                                     Same Defendant _____    New Defendant _____
                                     Magistrate Judge Case Number _2004-M-00500-RBC_____
                                     Search Warrant Case Number _____
                                     R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _SANTIAGO ARROYO_____    Juvenile [ ] Yes [X] No

Alias Name _____

Address _4 MURRAY COURT, APT 61, NASHUA, NEW HAMPSHIRE_____

Birth date (Year only): _1983_ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _DENISE JEFFERSON CASPER_____    **Bar Number if applicable** _568116_____

**Interpreter:** [X] Yes [ ] No    **List language and/or dialect:** _SPANISH_____

**Matter to be SEALED:** [ ] Yes [X] No

[X] Warrant Requested    [ ] Regular Process    [ ] In Custody

**Location Status:**

**Arrest Date:** _____

[ ] Already in Federal Custody as _____ in _____ .
[ ] Already in State Custody _____ [ ] Serving Sentence [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by _____ on _____

**Charging Document:** [ ] Complaint [ ] Information [X] Indictment

**Total # of Counts:** [ ] Petty _____ [ ] Misdemeanor _____ [X] Felony _2_____

Continue on Page 2 for Entry of U.S.C. Citations

[X] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **APRIL 13, 2005**    Signature of AUSA: _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** **(To be filled in by deputy clerk):** _____

**Name of Defendant** ___SANTIAGO ARROYO___

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1 __21 USC § 846__ | __Conspiracy to distribute heroin__ | __1__ |
| Set 2 __21 USC § 841(a)(1)__ | __Possession w/intent to distribute heroin__ | __2__ |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

✎JS 45  (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** I_____  **Investigating Agency** DEA_____

**City** Lowell/Fitchburg/Leominster     **Related Case Information:**

**County** MIDDLESEX/WORCESTER    Superseding Ind./ Inf.  X_____     Case No.   04-10336-NMG
                                 Same Defendant _____     New Defendant _____
                                 Magistrate Judge Case Number   2004-M-00509-RBC_____
                                 Search Warrant Case Number  _____
                                 R 20/R 40 from District of   Eastern District of New York_____

**Defendant Information:**

Defendant Name  JUAN NUNEZ_____                Juvenile   ☐ Yes   ☒ No

Alias Name  _____

Address  _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex M Race: _____  Nationality: _____

**Defense Counsel if known:**   Roger Witkins, Esq._____   **Address:** 6 Beacon Street, Suite 1010
                                                                  Boston, MA 02108

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** DENISE JEFFERSON CASPER_____   **Bar Number if applicable** 568116

**Interpreter:**   ☒ Yes  ☐ No     **List language and/or dialect:**   SPANISH_____

**Matter to be SEALED:**   ☐ Yes  ☒ No

        ☐ **Warrant Requested**       ☐ **Regular Process**       ☒ **In Custody**

**Location Status:**

**Arrest Date:**   October 15, 2004_____

☒ Already in Federal Custody as  October 15, 2004_____  in   Plymouth House of Correction_____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on  _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

**Date:** APRIL 13, 2005     **Signature of AUSA:** _Denise Jefferson Casper_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** **(To be filled in by deputy clerk):** _____

**Name of Defendant**   JUAN NUNEZ _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute Heroin | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**