UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.: 04-10336

UNITED STATES OF AMERICA
v.
SANTIAGO ET AL.

**DEFENDANT JOSE TORRADO'S MOTION FOR MODIFICATION OF THE CONDITIONS OF RELEASE**

The defendant, JOSE TORRADO moves this honorable Court to modify the terms and conditions of his release, by changing the third party custodian, his mother to his godmother Felicita Garcia. The defendant will continue to be monitored by the electric bracelet, and will maintain his employment. (He is working full time for Atlantic Used Trucks and Salvage Corp. The employment has been approved by pretrial services). The $25,000 surety will remain in effect.

The defendant requests that the Court direct pretrial services to evaluate the proposed third party custodian.

WHEREFORE : The defendant prays that this Court grant the modification.


Respectfully submitted,
JOSE TORRADO
By his attorney,

  /s/ Lenore Glaser               Dated: April 15, 2005
Lenore Glaser, Esq.
25 Kingston Street
6th Floor
Boston, MA 02111
(617) 753-9988
BBO #: 194220