UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.: 04-10336

UNITED STATES OF AMERICA

v.

SANTIAGO ET AL.

**DEFENDANT JOSE TORRADO'S MOTION FOR MODIFICATION OF THE CONDITIONS OF RELEASE**

The defendant, JOSE TORRADO moves this honorable Court to modify the terms and conditions of his release, by removing the condition that he wear an electronic monitoring device. If the bracelet is removed, he can babysit for his children, ages two and four, when the mother, his wife, Lilliana Morales, is working or otherwise occupied.  It would help his wife who now has the responsibility for them.

WHEREFORE : The defendant prays that this Court grant the modification.


Respectfully submitted,
JOSE TORRADO
By his attorney,

   /s/ Lenore Glaser                       Dated: June 2, 2005
Lenore Glaser, Esq.
25 Kingston Street
6th Floor
Boston, MA 02111
(617) 753-9988
BBO #: 194220