UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.: 04-10336

UNITED STATES OF AMERICA
v.
SANTIAGO ET AL.

## DEFENDANT JOSE TORRADO'S RENEWED MOTION FOR MODIFICATION O: HIS CONDITIONS OF RELEASE

Now comes the defendant, JOSE TORRADO and renews his motion for modification of his release conditions by removing the electronic monitoring and replac it with one weekly report in person at pre-trial services and once by telephone. In alternative, Mr. Torrado asks this Court to extend the time in which he can be off bracelet until 9:00 p.m. Mr. Torrado has been completely compliant with all conditions the Court and has kept and maintained a job.

Without the electronic monitoring, Mr. Torrado will be able to play a more active r in child rearing. As it is now, his wife Lilliana Morales works until 7:00 p.m. on Monc through Friday. (See letter from Lawrence Dental Center, Attachment A). Jose now m be home by 6:00 p.m., so he has taken care of them in his own residence at 32 West Street, Apt. 2, Lowell, MA 01851. However, the landlord, Jorge Tabon does not want h to continue to have the children there. (See affidavit of Lenore Glaser attached Attachment B).

When this motion was previously filed, then Assistant United States Attorney had opposition. She noted that the pretrial officer did not oppose it. (Her submission is attach here as Attachment C). The current Assistant United States Attorney is concerned that t timing of the request is close to the time of an expected plea and likely jail time. In fact tl

is a renewal of a motion that was filed much earlier. Mr. Torrado, for that reason, want  the

opportunity to be with his wife and children as much as possible. He has already sh  n

substantial ties in the community and has been successful in his supervised release.

    WHEREFORE : The defendant prays that this Court grant the modification.

Respectfully submitted,
JOSE TORRADO
By his attorney,

_Lenore Glaser, Esq._                      Dated: September 22, 2005
Lenore Glaser, Esq.
25 Kingston Street, 6th Floor
Boston, MA 02111
(617) 753-9988
BBO #: 194220

## CERTIFICATE OF SERVICE

    I, Lenore Glaser did mail a true copy of this motion to William Bloomer, AUSA, C  s Wylie , Pretrial Services Officer, and Jose Torrado on September 22, 2005,

                                             Lenore Glaser