Attachment A

Lawrence Dental Center           August 25, 2005
314 Essex St
Lawrence MA, 01841
Tax ID # 52-2208843
**978-327-5151**

To Whom It May Concern:

      This letter is to inform you that Lilliana Morales S.S017604194 has been currently working with us since July 25, 2005. Her hours for work are from 9:00am to 7:00pm Monday through Friday. If you have any questions please don't hesitate to call me at 978-327-5151.

                                                                              Sincerely yours:

                                                                              Dr. Sam Makkar