Attachment B

UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.: 04-10336

UNITED STATES OF AMERICA
v.
SANTIAGO ET AL.

**AFFIDAVIT OF LENORE GLASER
IN SUPPORT OF JOSE TORRADO'S RENEWED MOTION
FOR MODIFICATION OF RELEASE CONDITIONS**

I, Lenore Glaser, being first duly sworn depose and state:

1. I am the attorney of record in the above entitled enumerated case.

2. I spoke with Felicita García who is the Third Party custodian for Mr. Torrado by teleph[one] on September 6th, 2005.

3. Ms. García told me that her landlord is Jorge Tabon. Mr. Tabon lives in the building ar[d] usually home in the evenings. According to Ms. García, he is a single man with no chil[dren] of his own. He does not like it when Jose Torrado has the children there.

Signed under the pains and penalties of perjury this 22nd day of September, 2005.

_____
LENORE GLASER