UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 04-10336

UNITED STATES OF AMERICA

v.

JOSE TORRADO

**MOTION BY DEFENDANT TORRADO TO SCHEDULE A RULE 11
AND SENTENCING HEARING**

Now comes the defendant, JOSE TORRADO, and moves this Honorable Court for a hearing pursuant to F.R. Crim. P. Rule 11 and for sentencing to be held at the same date. Susan Walls, United States Probation Officer is writing the pre-sentence report and requests a date on or after January 20, 2006.

Wherefore : the defendant prays this Court to allow his motion.

Respectfully Submitted,

JOSE TORRADO
By his attorney,

  /s/ Lenore Glaser                              Dated: October 31, 2005
Lenore Glaser, Esq.
25 Kingston Street, 6th Floor
Boston, MA 02111
(617) 753-9988
BBO # 194220