UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.: 04-10336

UNITED STATES OF AMERICA
v.
SANTIAGO ET AL.

**DEFENDANT JOSE TORRADO'S MOTION FOR MODIFICATION OF HIS CONDITIONS OF RELEASE FOR CHRISTMAS [ASSENTED]**

    Now comes the defendant, JOSE TORRADO and renews his motion for modification of his release conditions by removing the electronic monitoring on Saturday, December 24, 2005 (Christmas Eve) and on Sunday, December 25, 2005 (Christmas Day) until 11:00 p.m. so that he may be with his wife and children . Mr. Torrado also asks this Court to release him from the electronic monitoring condition until 11:00 p.m. on Saturday, December 31, 2005 (New Year's Eve) and until 9:00 p.m. on Sunday, January 1, 2006 (New Year's Day) so that he may be with his family.

    Mr. Torrado has been on the electronic bracelet for more than one year and has been one hundred percent compliant with all his conditions. William Bloomer, the Assistant United States Attorney has no opposition to this motion.

Respectfully submitted,
JOSE TORRADO
By his attorney,

/s/ Lenore Glaser, Esq.
Lenore Glaser, Esq.
25 Kingston St. 6th Floor
Boston, MA 02111
BBO # 194220

Assented by,

_____
William Bloomer, AUSA
United States Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

_____
Dated: December 19, 2005