UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.: 04-10336

UNITED STATES OF AMERICA
v.
SANTIAGO ET AL.

**DEFENDANT JOSE TORRADO'S MOTION FOR MODIFICATION OF HIS CONDITIONS OF RELEASE FOR NEW YEAR'S EVE [ASSENTED]**

The defendant with the assent of the government requests that the Court modify his release conditions by allowing him an additional two hours on New Year's Eve so that he may be with his family at midnight. The Court previously allowed the defendant to be with his family until 11 P.M. on that night ( See docket entry number 199). The government has no objections to this motion.

Respectfully submitted,
JOSE TORRADO                                            Assented by,
By his attorney,

 /s/ Lenore Glaser, Esq.
Lenore Glaser, Esq.                                     William Bloomer, AUSA
25 Kingston St. 6th Floor                               United States Attorney
Boston, MA 02111
(617) 753-9988                                          John Joseph Moakley U.S. Courthouse
BBO # 194220                                            1 Courthouse Way, Suite 9200
                                                        Boston, MA 02210

                                                        Dated: December 28, 2005