UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.: 04-10336

UNITED STATES OF AMERICA
v.
SANTIAGO ET AL.

**DEFENDANT JOSE TORRADO'S MOTION FOR MODIFICATION OF HIS CONDITIONS OF RELEASE [ASSENTED]**

Now comes the defendant, JOSE TORRADO and requests that the Court modify his release conditions by extending the electronic monitoring on Sunday, February 12, 2006 until 7:00 p.m. so that he may be with wife and children to celebrate his daughter's third birthday .

Mr. Torrado has been on the electronic bracelet for more than one year and has been one hundred percent compliant with all his conditions.

Respectfully submitted,

| | |
|---|---|
| JOSE TORRADO | Assented by |
| By his attorney, | |
| /s/ Lenore Glaser, Esq. | /s/ William F. Bloomer, Esq |
| Lenore Glaser, Esq. | William Bloomer, Esq. |
| 25 Kingston St. 6th Floor | United States Attorney's Office |
| Boston, MA 02111 | Suite 9200 |
| (617) 753-9988 | 1 Courthouse Way |
| BBO # 194220 | Boston, MA 02210 |

**CERTIFICATE OF SERVICE**

I, Lenore Glaser, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants (Carl Donaldson, Anthony Scola, and John Hodges) on February 6, 2006.

Lenore Glaser, Esq.

Dated : February 6, 2006