UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 04-10336

UNITED STATES OF AMERICA

v.

JOSE TORRADO

**MOTION BY DEFENDANT TORRADO TO SCHEDULE A RULE 11 AND SENTENCING HEARING**

Now comes the defendant, JOSE TORRADO, and moves this Honorable Court for a hearing pursuant to F.R. Crim. P. Rule 11 and for sentencing to be held at the same date, in the latter half of April. Susan Walls, United States Probation Officer is writing the pre-sentence report, and anticipates its completion by that date.

WHEREFORE, the defendant prays this Court to allow his motion.

Respectfully Submitted,

JOSE TORRADO
By his attorney,

  /s/ Lenore Glaser                              Dated: February 21, 2006
Lenore Glaser, Esq.
25 Kingston Street, 6th Floor
Boston, MA 02111
(617) 753-9988
BBO # 194220

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants (Carl Donaldson, Esq., John D. Hodges, Esq., and Anthony Scola, Esq.) on February 21, 2006.

  /s/ Lenore Glaser
Lenore Glaser, Esq.