UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.: 04-10336

UNITED STATES OF AMERICA
v.
SANTIAGO ET AL.

**DEFENDANT JOSE TORRADO'S MOTION FOR MODIFICATION OF HIS CONDITIONS OF RELEASE [ASSENTED]**

Now comes the defendant, JOSE TORRADO and moves this Court, with the assent of the government to modify his release conditions by removing him from the electronic monitor on Sundays from 10:00 A.M. to 7:00 P.M. so that he may be with his children. Pretrial Services does not oppose this motion.

Mr. Torrado has been on the electronic bracelet for more than one year and has been one hundred percent compliant with all his conditions.

| | |
|---|---|
| Respectfully submitted, | Dated : <u>March 30, 2006</u> |
| JOSE TORRADO<br>By his attorney, | Assented By, |
| <u>/s/ Lenore Glaser, Esq.</u><br>Lenore Glaser, Esq.<br>25 Kingston St. 6th Floor<br>Boston, MA 02111<br>(617) 753-9988<br>BBO # 194220 | <u>/s/ William Bloomer, Esq.</u><br>William Bloomer, Esq.<br>United States Attorney's Office<br>Suite 9200<br>1 Courthouse Way<br>Boston, MA 02210 |

**CERTIFICATE OF SERVICE**

I, Lenore Glaser, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants (Carl Donaldson, Anthony Scola, and John Hodges) on March 30, 2006.

Lenore Glaser, Esq.