UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.: 04-10336

UNITED STATES OF AMERICA

v.

JOSE TORRADO

---

**NOTICE OF APPEAL TO THE FIRST CIRCUIT COURT OF APPEALS
FROM A JUDGMENT OF THE UNITED STATES DISTRICT COURT**

---

Notice is hereby given that <u>JOSE TORRADO</u>, defendant in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the final judgement of sentence entered in this action on June 2, 2006 by the Honorable Justice Nathaniel Gorton.


Respectfully Submitted,

JOSE TORRADO
By his attorney,

 /s/ Lenore Glaser                    Dated: <u>June 12, 2006</u>
Lenore Glaser, Esq.
One Commercial Wharf N.
2nd Floor
Boston, MA 02110
(617) 753-9988
BBO # 194220

**CERTIFICATE OF SERVICE**

I, Lenore Glaser, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 12, 2006.

 /s/ Lenore Glaser
 Lenore Glaser, Esq.