UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.: 04-10336

UNITED STATES OF AMERICA
v.
JOSE TORRADO

------------------------------------------------------------------------------------------------------------

**MOTION TO PROCEED *IN FORMA PAUPERIS***

------------------------------------------------------------------------------------------------------------

The defendant, JOSE TORRADO, moves this Honorable Court pursuant to 18 U.S.C. § 3006 et seq. to proceed in his appeal *in forma pauperis*, and to waive all filing fees, and transcript costs. He also requests that the Court appoint counsel to represent him on his appeal. Torrado was determined to be indigent by the district court and was represented by the undersigned counsel, appointed by the Court. His economic situation has not changed. In fact, as of June 2, 2006, he is without income as a result of his incarceration on the present offense.

Wherefore, he prays the Court to grant his motion.

Respectfully Submitted,

JOSE TORRADO
By his attorney,

/s/ Lenore Glaser                                   Dated: June 12, 2006
Lenore Glaser, Esq.
One Commercial Wharf N.
2nd Floor
Boston, MA 02110
(617) 753-9988
BBO # 194220

**CERTIFICATE OF SERVICE**

I, Lenore Glaser, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 12, 2006.                    /s/ Lenore Glaser
                                                                                               Lenore Glaser, Esq.