UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.: 04-10336

UNITED STATES OF AMERICA

v.

JOSE TORRADO

**MOTION FOR THE RETURN OF BAIL**

Now comes the defendant, JOSE TORRADO, and moves this Honorable Court to return his bail of twenty five thousand dollars ($ 25,000.00) to Mrs. Maldonado, his mother, the third party custodian.  On November 15, 2004 , this Court ordered the release of Jose Torrado, on pre-release conditions which included the payment of a $ 25,000.00 bond.

On June 2, 2006, Mr. Torrado was sentenced to a mandatory minimum of sixty (60) months, after being on the electronic bracelet for more than one year and being one hundred percent compliant with all his conditions.

WHEREFORE,  the defendant prays this Court to allow his motion.

Respectfully Submitted,

JOSE TORRADO
By his attorney,

  /s/ Lenore Glaser                              Dated: June 14, 2006
Lenore Glaser, Esq.
One Commercial Wharf N., 2nd Floor    **Certificate of Service**
Boston, MA 02110                       I hereby certify that this document filed through the ECF
(617) 753-9988                         system will be sent electronically to the registered participants
BBO # 194220                           as identified on the Notice of Electronic Filing (NEF) on June
     14, 2006

                                                  /s/ Lenore Glaser
                                                  Lenore Glaser, Esq.