

# LOWELL POLICE DEPARTMENT
# ARREST REPORT

ADULT/JUVENILE: **A**

| Case # | |
|---|---|
| **Arrest #** | 02-18436 |
| **Date** | 09/28/02 |

| Defendant (s) Name | Defendant (s) Address | SEX | DOB | SOCIAL SECURITY # |
|---|---|---|---|---|
| Colon, Carlos R. | 20 Lagrange Street 2nd floor | M | 3/31/68 | 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 |
| | | | | |
| | | | | |

| CHARGE (S) | CODE | OFFICER (S) | BADGE # |
|---|---|---|---|
| Trafficking in class A "Heroin" over 14 grams | | Rivera, J. | 196 |
| | | Quinones, M. | 190 |
| | | Sgt. Golner | |

RECEIVED
SEP 2 9 2002

| LOCATION OF ARREST | GEO CODE | ARREST DATE | ARREST TIME |
|---|---|---|---|
| Payne Street Lowell | LOWELL POLICE DEPT | 09/28/02 | 1352 Hrs. |

| IF APPLICABLE/NAME OF VICTIM (FIRM NAME IF BUSINESS) | VICTIM D.O.B. | |
|---|---|---|
| n/a | n/a | |

| VICTIMS ADDRESS | PHONE/HOME | PHONE/ BUSINESS |
|---|---|---|
| n/a | n/a | |

## POLICE OFFICERS STATEMENT:

On the above date and time while assigned to Car 5, I was assisting Sgt. Golner on an incident, which occurred on 129 Westford Street apartment #6. Sgt. Golner was attempting to locate a suspect due to some cocaine confiscated at 129 Westford Street apartment #6. The suspect, a Colombian native was to be found at 11 Payne Street, an automobile dealership. Sgt. Golner then observed the 129 Westford Street suspects' motorvehicle (a gray Buick Century Ma. #2397-ZL) parked on Payne Street. We then walked to 11 Payne Street and observed the above listed defendant speaking to another Hispanic male in the lot. We then asked the listed defendant for a positive identification, in which he producted a Mass. identification & a Puerto Rico identification. As I spoke to the defendant I noticed that he was not of Puerto Rican descent, but of Colombian descent. As this time I noticed that this was not his true identity. We then had the witnesses from 129 Westford Street (see report # 02-18438) come to 11 Payne Street to attempt a positive identification. The witness then stated that the above listed defendant was the 129 Westford Street suspects' best friend. The listed defendant continued to lie to these Officers. We then asked the listed defendant if the suspect was in the automobile dealerships trailer and received confusing statements from him. I then walked by the trailer and observed a set of motor vehicle keys that belonged to a Buick on the floor, near the threshold of the trailer. I then check the keys to the 129 Westford Street suspects' vehicle and learned that the set of keys belonged to the owner of the vehicle (gray Buick Century Ma. #2397-ZL). At this time Officer Quinones and I searched the trailer for the 129 Westford Street suspect. As we did the search for the suspect I observed in plain view a clear plastic bag containing a tan substance, which through my training and experience recognized as the substance to be raw heroin, which was located in an open cabinet. I then notified Sgt. Golner of the heroin and the above listed

| SUPERVISOR SIGNATURE (BADGE #) | ARRESTING OFFICER(S) SIGNATURE |
|---|---|
| *[signature]* Sgt Troy Pelt | PTL. *[signature]* 196 |

PAGE 1 OF 2     FILE NAME = Rivera



# LOWELL POLICE DEPARTMENT ARREST REPORT

defendant was placed under arrest for the above listed charge. I also confiscated $1,505.00 in U.S. currency from the defendant's right pants pocket in which I formed the opinion that it was earnings from narcotic sales. The defendant was then transported to the station via the Police wagon. The automobile dealership was then secured by car #7, Officer Ferry  Detective Lessieur then took photos of the opened cabinet containing the heroin. I then retrieved the heroin, and it was tagged along with the $1,505.00 in U.S. currency found on the defendant, and it was placed inside the evidence locker per department policy.

Respectfully Submitted By,

Ptl. _____ #96

**SUPERVISOR SIGNATURE (BADGE #)**          **ARRESTING OFFICER (S) SIGNATURE**

**PAGE 2 OF 2     FILE NAME = Rivera**

## REQUEST FOR BAIL

I, _Jose Rivera Sr._ , am requesting that the defendant named

_Carlos R. Colon_ be held on bail for the following reasons.

[✓]    The nature and circumstances of the offense charged.

[✓]    The potential penalty the defendant faces.

[ ]    The defendant's family ties.

[ ]    The defendant's financial resources and employment record.

[ ]    The defendant's history of mental illness.

[ ]    The defendant's reputation and length of residence in the community

[ ]    The defendant's record of convictions.

[ ]    The defendant's present drug dependency or his record for illegal drug distribution.

[ ]    The defendant's record of flight to avoid prosecution.

[✓]    The defendant's fraudulent use of alias or false identification.

[ ]    The defendant's failure to appear at a court proceeding to answer to an offense.

[ ]    The defendant's status of being on bail pending adjudication of a prior charge.

[ ]    The defendant's status of being on probation, parole or other release pending completion
       of sentence for any conviction.

[ ]    The defendant's status of being on release pending sentence on appeal for any conviction.
       Other: _SEE Attached arrest report #02-18436, defendant claims_
_to be Puerto Rican descent, but is from Colombian. Fingerprints_
_to be sent to F.B.I. Additional charges might be added_
_as Narcotic Unit is attempting to obtain search warrant for_
_11 Payne St._

Respectfully Submitted

Ptl. _[signature]_ 196

Lowell Police Department

# INCIDENT/ARREST REPORT
**Lowell Police Dept.**
'50 Arcand Drive
Lowell, MA 01 852

PAGE 1 OF 2

☒ INCIDENT  ☐ ARREST

JUVENILE ☐  DOMESTIC ☐
CRIME HATE ☐  INVOLVED ALCOHOL ☐

DATE REPORTED: 9-28-02
TIME REPORTED: 8:55 pm

SECTOR: W   UNIT: Vice

CASE NO: 02-18436

| | OFFENSE 1 (CHARACTER OF CASE) | STATUE | | |
|---|---|---|---|---|
| OFFENSE | Trafficking in cocaine over 28 grams. | 94C 32E | C - COMMITTED / A ATTEMPTED | C |
| | OFFENSE 2 (CHARACTER OF CASE) | STATUE | | |
| | Trafficking in Heroin over 28 grams. | 94C 32E | C - COMMITTED / A - ATTEMPTED | C |
| | OFFENSE 3 (CHARACTER OF CASE) | STATUE | | |
| | Providing a false name after arrest | 268 34A | C - COMMITTED / A - ATTEMPTED | C |

RECEIVED SEP 2 0 2002 LOWELL POLICE DEPT.

DATE OCCURRED FROM: 9-28-02 TO: ___ TIME OCCURRED FROM: 8:55 pm TO: ___   4. LOCATION TYPE: 99 - Other

LOCATION OF OFFENSE (STREET NUMBER DIRECTION STREET NAME APT NUMBER BUSINESS NAME CITY): 11 Payne Street "Payne Street Auto Sales"   5. FORCED ENTRY: 1. YES / 2. NO   0 - N/A

| OFFICER 1 | Det. Figueroa, Felix | BADGE # | 615 | OFFICER 2 | Officer Ferry / Tetreault | BADGE # | |
|---|---|---|---|---|---|---|---|

6 TYPE WEAPON: 1) NA / 02) Strangler / 03) Hand/Object / 06) Explosives / 12) Sim Weapon / 01) Handgun / 04) Unk (Front) / 07) Hands/Fist/Foot / 10) Fire/Incendiary / 99) Other / 02) Rifle / 08) Knife/cutting / 09) Poison / 11) Threat/Intimid / 88) Unknown   1

7 CALIBER/GAUGE: ___   8. FINISH: B-BLUE / N-NICKEL / P-PLATE / O-OTHER

| Number of persons present: 0 | Number of offense: 2 | Number of offenders: 2 | Number Arrest: 0 |
|---|---|---|---|

## PERSON 1

| 13. TYPE | A | 3 | SOCIAL SECURITY #: 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 | NAME LAST FIRST & MIDDLE: Colon, Carlos R. | | | |
|---|---|---|---|---|---|---|---|
| 14. RACE | H | 15 SEX | M | DOB: 3-31-68 | IF ESTIMATED CHECK ☐ | AGE | HEIGHT | WEIGHT |

| HAIR | Black | EYES | Brown | 16 OFFENSE INDICATOR | | 17. INJURY EXTENT | 17. 0 - None | 18. INJURY TYPE (2) | 18. | 18. |
|---|---|---|---|---|---|---|---|---|---|---|

| ADDRESS: 20 Lagrange St. | CITY: Lowell, Ma | STATE: Ma | ZIP | 19. RES TYPE | 19. | 20. RES STATUS | 20. |
|---|---|---|---|---|---|---|---|

| RES PHONE | EMPLOYER/SCHOOL: Payne St. Auto Sales | EMPLOYER ADDRESS: 11 Payne Street Lowell, Ma |
|---|---|---|

| BUS PHONE | | | |
| OCCUPATION | SCARS/MARKS/TATTOOS/CLOTHING | 21. VIC/OFFENDER RELATIONSHIP | 21. |

| 22 FOUL PLAY SUSPECTED | 22. | ALIAS/STREET NAME/NICKNAME: Pedro Alberto Mairanda (1-21-69) ) / Pedro Gustavo | PLACE OF BIRTH: Colombia |
|---|---|---|---|

## PERSON 2

| 13. TYPE | NUM | SOCIAL SECURITY # | NAME LAST FIRST MIDDLE INITIAL: FIRST MIDDLE (INITIAL) |
|---|---|---|---|
| 14. RACE | 15. SEX | DOG | IF ESTIMATED CHECK ☐ | AGE | HEIGHT | WEIGHT |

| HAIR | EYES | 16 OFFENSE INDICATOR | 16. | 17 INJURY EXTENT | 17. | 18. INJURY TYPE (2) | 18. | 18. |
|---|---|---|---|---|---|---|---|---|

| ADDRESS | CITY | STATE | ZIP | 19. RES TYPE | 19. | 20. RES STATUS | 20. |
|---|---|---|---|---|---|---|---|

| RES PHONE | EMPLOYER/SCHOOL | EMPLOYER ADDRESS |
|---|---|---|

| BUS PHONE | | | |
| OCCUPATION | SCARS/MARKS/TATTOOS/CLOTHING | 21. VIC/OFFENDER RELATIONSHIP | 21. |

| 22. FOUL PLAY SUSPECTED | 22. | ALIAS/STREET NAME/NICKNAME | PLACE OF BIRTH |
|---|---|---|---|

## PERSON 3

| 13. TYPE | NUM | SOCIAL SECURITY # | NAME LAST FIRST MIDDLE INITIAL: |
|---|---|---|---|
| 14. RACE | 15 SEX | DOB | IF ESTIMATED CHECK ☐ | AGE | HEIGHT | WEIGHT |

| HAIR | EYES | 16 OFFENSE INDICATOR | 16. | 17 INJURY EXTENT | 17. | 18. INJURY TYPE (2) | 18. | 18. |
|---|---|---|---|---|---|---|---|---|

| ADDRESS | CITY | STATE | ZIP | 19. RES TYPE | 19. | 20. RES STATUS | 20 |
|---|---|---|---|---|---|---|---|

| RES PHONE | EMPLOYER/SCHOOL | EMPLOYER ADDRESS |
|---|---|---|

| BUS PHONE | | | |
| OCCUPATION | SCARS/MARKS/TATTOOS/CLOTHING | 21. VIC/OFFENDER RELATIONSHIP | 21. |

| 22 FOUL PLAY | 22. | ALIAS/STREET NAME/NICKNAME |
|---|---|---|

LP01-A

2057

| PROPERTY | | | |
|---|---|---|---|
| CATEGORY (STOLE, RECOV., LOST, DAMAGED, ETC.) | PROPERTY DESCRIPTION (INCLUDING MODEL NO.) | SERIAL NUMBER | PROPERTY OR LOSS VALUE |
| | | | |
| | | | |
| | | | |
| | | | |

| 25. DRUG TYPE | E HEROIN | M MARIJUANA | U UNKNOWN | | | 26. DRUG ACTIVITY | M NARCOTICAT | R POSSESS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | H HALLUCINOGEN | A AMPHETAMINE | Z OTHER | E | C | | S EQ8 | B BUY | T | T |
| | G OPIUM/OPIAN | B BARBITUARES | P PARAPHERNALIA | | | T-TRAFFIC | N-DISTRIB | C-USE | | |
| | C COCAINE | S SYNTHETIC | E EQUIPMENT | -N/A | | S-SALE/CLE | D-DELIVER | Z-OTHER | U-SUPP | |

|  | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **M** | 01 -Broke/smashed | | 06-Sawed | | **P** | 01 -Front door | | 08-Garage |
| | 02-Cut | | 07-No Force | | | 02-Side door | | 09-Roof |
| **O** | 03-Kicked | | 08-N/A | | **O** | 03-Rear door | | 10-Trunk/hood |
| | 04-Pried | | 09-Unknown | | **E** | 04-From Window | | 11-Left Open/Unlock |
| | 05-Punched/Broke Lock | | 10-Other | | | 05-Side Window | | 12-N/A |
| | | | | | | 06-Rear Window | | 13-Unknown |
| | Describe Other: | | | | | 07-Sliding glass door | | 14-Other |
| | | | | | | Describe Other: | | |

| CRIME SCENE | PHOTOS TAKEN | yes | BY WHOM? | | DUSTED FOR LATENT PRINTS | yes | PRINTS SUBMITTED | yes | BY WHOM |
|---|---|---|---|---|---|---|---|---|---|
| ROLL # | | NO | | | | NO | | NO | |

| VEHICLE | | PERSON (INDICATE PERSON TO WHOM VEHICLE INFO APPLIES) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| YEAR | Make | MODEL | TYPE | COLOR | PLATE | | | REG # |
| VIN | | | | INSURANCE company | | | | |

**NARRATIVE:**

On 9-28-02, at approximately 1:52 PM, Lowell Police Officers J. Rivera, Quinones, and Sgt. Golner arrested the above listed defendant at 11 Payne Street for Trafficking in Heroin (see report #02-18436). As a result of this arrest, the Special Investigations Section applied for a warrant for 11 Payne Street. At that time 11 Payne Street was secured by Officers Ferry and Tetreault in anticipation of a warrant.

On 9-28-02, at approximately 8:15 PM, we then traveled to 11 Payne Street to execute the warrant. During our search of 11 Payne Street the following items where seized and placed into evidence.

Found by Det. Ahern from the Chelmsford P.D. in a hole on the floor a black bag containing another clear bag with white powder (66.8 grams) that through our training and experience recognized as Cocaine another bag with brownish powder (40.5 grams) recognized as Heroin.

Found by Officer Ferry in a cabinet located above the desk was a container containing several clear bags one of which contained 10.9 grams of brownish powder that through his training and experience recognized as heroin.

Found by Det. Figueroa was paperwork believed to belong to the defendant inside the desk draw in the name of Pedro Gustavo. It should be noted that I ran Def. Colon's prints through the FBI fingerprint analysis section and they found that the defendants prints are identical with Pedro Alberto Mairanda. Under this name it shows that the defendant has been arrested in Florida by the DEA and in New York by the FBI both on narcotics charges. Up until this time Def. Colon has refused to identify himself with his true birth name and at this time we are attempting to gather this information.

| | | | |
|---|---|---|---|
| REPORTING OFFICER | _signature_ | 615 | 9-28-02 |
| | SIGNATURE | OFFICER BADGE | DATE |
| REVIEWING SUPERVISOR | _signature_ | 181 | 9-28-02 |

**LOWELL POLICE DEPT.**

**MOTOR VEHICLE TOW AND**

**INVENTORY REPORT**

DATE: 9/25/02

TIME: 02-18436 case

CASE #: _____

SECTOR: W

OWNER / OPERATOR: Edwin Diaz-Solis AKA Raul Agudelo   ADDRESS:

| REG # | STATE | VIN # | MAKE / MODEL / COLOR |
| 23972L | MA | | Buick Century Grey |

( ) RCVRD STOLEN ( ) ACCIDENT ( ) IMPOUNDED ( ) FATAL ( ) ARREST
( ) UNREG M/V ( ) PARKING VIOLATION ( ✓ ) FORGEITURE ( ) WINCHING / OTHER

TOW FIRM: Jk's   TOWED FROM: 21 Payne St   TOWED TO: Police Station

EXTERIOR CHECKLIST / PAINT:
( ✓ ) FADED      ( ) GLASS        ( ) MISSING
( ) PEELING ( ✓ ) SCRATCHES   ( ) RUSTED
( ) DENTS        ( ) POLISHED ( ) TIRES
( ) NICKED       ( ) OTHER _____

INTERIOR CHECKLIST:          ( ) INTERIOR BURNT
ELECTRONICS: ( ✓ ) AM / FM ( ) CASSETTE ( ) CD PLAYER ( ) EQUALIZER
IGNITION:     ( ) DAMAGED ( ) INTACT ( ) KEYS IN IGNITION
SEATS:        ( ) DAMAGED ( ) MISSING

CONTENTS OF GLOVE BOX:

FRONT SEATS CONTENTS: Unknown Contents Search warrant

REAR SEATS CONTENTS: pending. Vice will inventory after

FLOOR CONTENTS: warrant application

TRUNK CONTENTS:

VEHICLE TO BE HELD: ✓       REASON:

O.K. TO BE RELEASED: _____ PLATE SEIZED: _____ PLATE ONLY: _____

( ) UNREG ( ) OPER AFTER SUSP./REVOKED ( ) EXPIRED ( ) STOLEN ( ) SUSP / REVOKED REG.

REMARKS: _____

REPORTING OFFICER: Golner Sgt   BADGE #: 534

SECOND REPORTING OFFICER: _____   BADGE #: _____

SUPERVISOR SIGNATURE: _____   BADGE #: _____

TOW TRUCK OPERATOR: _____   TOW 01 UPDATED 02/21/01

2059

Case # 18436

**INCIDENT/ARREST REPORT**
Lowell Police Dept.
50 Arcand Drive
Lowell, MA 01852

PAGE ___ OF ___

☑ INCIDENT    ☐ ARREST

JUVENILE ☐    DOMESTIC ☐
HATE CRIME ☐    ALCOHOL INVOLVED ☐

DATE REPORTED: 9/28/02
TIME REPORTED (24 hour): 1420

CASE NO:
02-18436

**OFFENSE**

| | PERSON | OFFENSE 1 (CHARACTER OF CASE) Narcotics Srizure | STATUTE |
| | PERSON | OFFENSE 2 (CHARACTER OF CASE) | STATUTE |
| | PERSON | OFFENSE 3 (CHARACTER OF CASE) | STATUTE |

DATE OCCURRED FROM    MONTH 09  DAY 28  YEAR 02  HOUR 14 20    MONTH  DAY  YEAR  HOUR  MIN

LOCATION Booking Window
Gonzalez Lydia

**PERSON 1**

13. TYPE  NAME (LAST, FIRST, MIDDLE INITIAL) Colon Carlos    DOB 3-31-68
NUM  SOCIAL SECURITY # 582238483    IF ESTIMATED CHECK ☐    AGE 34    HEIGHT 5o6    WEIGHT 170
HAIR Blk    EYES Bro    16.    17.    18.    19.
ADDRESS 20 Legrange St 2nd Floor    CITY Lowell    STATE Ma    ZIP
RES PHONE    EMPLOYER/SCHOOL Bryne St Auto    EMPLOYER ADDRESS Bryne St
BUS PHONE
OCCUPATION Wash/Sell Cars.    SCARS/MARKS/TATTOOS/CLOTHING - None    20.
ALIAS/STREET NAME/NICKNAME    PLACE OF BIRTH

RECEIVED
OCT 06 2002
LOWELL POLICE DEPT.

**PERSON 2**

13. TYPE  NAME (LAST, FIRST, MIDDLE INITIAL)    DOB
NUM  SOCIAL SECURITY #    IF ESTIMATED CHECK ☐    AGE    HEIGHT    WEIGHT
HAIR    EYES    16.    17.    18.    19.
ADDRESS    CITY    STATE    ZIP
RES PHONE    EMPLOYER/SCHOOL    EMPLOYER ADDRESS
BUS PHONE
OCCUPATION    SCARS/MARKS/TATTOOS/CLOTHING    20.
ALIAS/STREET NAME/NICKNAME    PLACE OF BIRTH

**PERSON 3**

13. TYPE  NAME (LAST, FIRST, MIDDLE INITIAL)    DOB
NUM  SOCIAL SECURITY #    IF ESTIMATED CHECK ☐    AGE    HEIGHT    WEIGHT
HAIR    EYES    16.    17.    18.    19.
ADDRESS    CITY    STATE    ZIP
RES PHONE    EMPLOYER/SCHOOL    EMPLOYER ADDRESS
BUS PHONE
OCCUPATION    SCARS/MARKS/TATTOOS/CLOTHING    20.
ALIAS/STREET NAME/NICKNAME    PLACE OF BIRTH

LP01-A-9/02

2060

2060

| PROPERTY | | | |
|---|---|---|---|
| CATEGORY (STLN, RECVD, LOST, DAMAGED, ETC.) | PROPERTY DESCRIPTION (INCLUDING MODEL NO.) | SERIAL NUMBER | PROPERTY OR LOSS VALUE |
| | | | |
| | | | |
| | | | |

| 21. DRUG ACTIVITY | | 22. DRUG TYPE | | 22. MO | | OTHER | | 24. POE | | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|

| CRIME SCENE: | PHOTOS TAKEN | YES | BY WHOM? | | DUSTED FOR LATENT PRINTS | YES | PRINTS SUBMITTED | YES | BY WHOM |
|---|---|---|---|---|---|---|---|---|---|
| ROLL # | | NO | | | | NO | | NO | |

| VEHICLE 1 | | REASON INDICATE PERSON TO WHOM VEHICLE INFO APPLIED | | | | |
|---|---|---|---|---|---|---|
| YEAR | MAKE | | MODEL | TYPE | COLOR | PLATE | STATE |
| VIN | | | | | INSURANCE COMPANY | |

NARRATIVE:

On 9-28-02 at approx 2:20 while
booking Mr. Colon Carlos for Trafficking
charges. I Lydia Lee Gonzaily Detention
Attendant overheard Mr. Colon State to
the person at 937-0049 (female voice) to
Call "the guy with the ponytail you know who
that is" at Phone # 804 8205 and tell him
that they took all the stuff but that I will
reimburse him."

EOR

REPORTING OFFICER _Lydia Lee Gonzaily_   | 50565 |   9-28-02
SIGNATURE                                  OFFICER BADGE      DATE

REVIEWING SUPERVISOR _____   | |
SIGNATURE                    OFFICER BADGE      DATE

# SEARCH WARRANT

G.L. c. 276, §§ 1-7

**TRIAL COURT OF MASSACHUSETTS**
District
_____ COURT DEPARTMENT
Lowell _____ DIVISION

SEARCH WARRANT DOCKET NUMBER
02 11 Sw0 i89

## TO THE SHERIFFS OF OUR SEVERAL COUNTIES OR THEIR DEPUTIES, ANY STATE POLICE OFFICER, OR ANY CONSTABLE OR POLICE OFFICER OF ANY CITY OR TOWN, WITHIN OUR COMMONWEALTH:

Proof by affidavit, which is hereby incorporated by reference, has been made this day and I find that there is probable cause to believe that the property described below:

- [ ] has been stolen, embezzled, or obtained by false pretenses.
- [x] is intended for use or has been used as the means of committing a crime.
- [x] has been concealed to prevent a crime from being discovered.
- [x] is unlawfully possessed or concealed for an unlawful purpose.
- [x] is evidence of a crime or is evidence of criminal activity.
- [ ] other *(specify)*_____

**YOU ARE THEREFORE COMMANDED** within a reasonable time and in no event later than seven days from the issuance of this search warrant to search for the following property:

a) Heroin, a controlled substance as defined in M.G.L. 94c  b)  Any and all paraphenalia used in the packaging, weighing, administering, and testing related to the illegal distribution of controlled substances,  c)  Any and all records, photographs, papers, documents, and/or software related to the distribution or procurement of controlled substances.

- [x] at:

12 Payne Street, a white older model, single room, trailer with two-entry doors on the side of it. There is a sign posted along side the trailer that reads, "11 Payne Street Auto Sale/ Lowell (978) 452-5659".

which is occupied by and/or in the possession of: Agudelo, Raul     (aka; Edwin Diaz-Solis)

- [ ] on the person or in the possession of:

You [✓] are [ ] are not   also authorized to conduct the search at any time of the day or night.

You [ ] are [✓] are not   also authorized to enter the premises without announcement.

You [ ] are [✓] are not   also commanded to search any person present who may be found to have such property in his or her possession or under his or her control or to whom such property may have been delivered.

**YOU ARE FURTHER COMMANDED** if you find such property or any part thereof, to bring it before the _____Lowell_____ Division of the _____DISTRICT_____ Court Department, as soon as this search warrant has been served and in any event no later than seven days from its issuance, *together with the person(s) in whose possession it is found. (*Strike out final clause if inapplicable.)

FIRST OR ADMINISTRATIVE JUSTICE
WITNESS: Neil J. Walker

DATE ISSUED
9/28/02

SIGNATURE OF JUSTICE, CLERK-MAGISTRATE OR ASSISTANT CLERK
X _____  2062

SW-1 (9/85)

200 Ø     LOWELL DIST CRT CLKS OFF     98Þ2ÞÞΣ68Þ26 XAÐ ΣΙ:ÞΙ 9002/SΙ/60

09/15/2006 14:12 FAX 9789372486     LOWELL DIST CRT CLKS OFF     Ø002

# RETURN OF OFFICER SERVING SEARCH WARRANT

*A search warrant must be executed as soon as reasonably possible after its issuance, and in any case may not be validly executed more than 7 days after its issuance. The executing officer must file his or her return with the court within 7 days after the warrant is issued. G.L. c. 276, §3A.*

This search warrant was issued on __9-28-02_____, 198_____, and I have executed it as follows:

<span>DATE</span>

The following is an inventory of the property taken pursuant to this search warrant:

1. _1 bag cocaine (66.8 Grams)_
2. _1 bag heroin (40.5 Grams)_
3. _1 bag heroin (10.9 Grams Heroin)_
4. _Papers bearing name "Pedro Gustavo"_
5. 
6. 
7. 
8. 
9. 
10. 
11. 
12. 
13. 
14. 
15. 
16. 
17. 
18. 
19. 
20. 

(attach additional pages as necessary)

This inventory was made in the presence of: __Detective Figueroa, Detective Todd Ahern (Chelms P.D.),

_Officer Dave Ferry, and Officer Tom Tettrault._

I swear that this inventory is a true and detailed account of all the property taken by me
on this search warrant.

| SIGNATURE OF PERSON MAKING SEARCH | DATE AND TIME OF SEARCH | SWORN AND SUBSCRIBED TO BEFORE ME |
|---|---|---|
| X | 9-28-02    9PM | X |
| | | Signature of Justice, Clerk-Magistrate or Assistant Clerk |
| PRINTED NAME OF PERSON MAKING SEARCH | TITLE OF PERSON MAKING SEARCH | DATE SWORN AND SUBSCRIBED TO |
| William J Samaras Jr | Detective | 10/03/0              2063 |

# APPLICATION FOR SEARCH WARRANT
### G.L. c. 276, §§ 1-7

**TRIAL COURT OF MASSACHUSETTS**

District _____ COURT DEPARTMENT

NAME OF APPLICANT

William J. Samaras

Lowell _____ DIVISION

POSITION OF APPLICANT

Detective    (Lowell Police Dept.)

SEARCH WARRANT DOCKET NUMBER

I, the undersigned **APPLICANT**, being duly sworn, depose and say that:

1. I have the following information based upon the attached affidavit(s), consisting of a total of __4__ pages, which is (are) incorporated herein by reference.

2. Based upon this information, there is probable cause to believe that the property described below:

   [ ] has been stolen, embezzled, or obtained by false pretenses.
   [x] is intended for use or has been used as the means of committing a crime.
   [x] has been concealed to prevent a crime from being discovered.
   [x] is unlawfully possessed or concealed for an unlawful purpose.
   [x] is evidence of a crime or is evidence of criminal activity.
   [ ] other (specify)_____

3. I am seeking the issuance of a warrant to search for the following property (describe the property to be searched for as particularly as possible):
   a) Heroin, a controlled substance as defined in M.G.L. 94c  b)  Any and all paraphenalia used in the packaging, weighing, administering, and testing related to the illegal distribution of controlled substances, c) Any and all records, photographs, papers, documents, and/or software related to the distribution or procurement of controlled substances.

4. Based upon this information, there is also probable cause to believe that the property may be found (check as many as apply):
   [X] at (identify the exact location or description of the place(s) to be searched):
   11 Payne Street, a white older model, single room, trailer with two-entry doors on the side of it. There is a sign posted along side the trailer that reads, "11 Payne Street Auto Sale/ Lowell (978) 452-5659".
   which is occupied by and/or in the possession of:  Agudelo, Raul    (aka; Edwin Diaz-Solis)

   [ ] on the person or in the possession of (identify any specific person(s) to be searched):

   [ ] on any person present who may be found to have such property in his or her possession or under his or her control or to whom such property may have been delivered.

**THEREFORE**, I respectfully request that the court issue a Warrant and order of seizure, authorizing the search of the above described place(s) and person(s), if any, to be searched, and directing that such property or evidence or any part thereof, if found, be seized and brought before the court, together with such other and further relief that the court may deem proper.
I [ ] have previously submitted the same application.
I [x] have **not** previously submitted the same application.

PRINTED NAME OF APPLICANT

William J. Samaras

SIGNED UNDER THE PENALTIES OF PERJURY

X_____ #590
Signature of Applicant

SWORN AND SUBSCRIBED TO BEFORE

X_____
Signature of Justice, Clerk-Magistrate or Assistant Clerk

9/28/02
DATE

2064

TC-SW-1 (9/85)

### AFFADAVIT OF WILLIAM J. SAMARAS

I, William Samaras , being duly sworn, hereby depose and state as follows. I am a Police Officer with the City of Lowell Police Department. I have been a Police Officer in the City of Lowell for the past six years. I am currently assigned as a Detective with the Special Investigations Unit, under the supervision of Sgt. James Trudel, whose experience in narcotics investigation, is in excess of ten years. One of the responsibilities of the Special Investigations Unit is the investigation into violations of the controlled substance act. During the time I have been assigned to the SIU, I have been responsible for investigating both street level and illicit narcotics distribution operations. I have participated in the execution of search warrants where controlled substance were seized, and suspected narcotics traffickers arrested. I have worked in an undercover capacity in the past, posing as a drug user whose intent was to purchase narcotics. I have also worked with confidential informants on numerous occasions in the past. Prior to my assignment as a narcotics Detective, I worked in the Lowell Police Department Juvenile Bureau. As a Detective in the Juvenile Bureau, I was responsible for investigating crimes involving children and young adults. These crimes include indecent assaults, child rape, robbery, burglary, and murder. I hold a Bachelor's Degree in Legal Studies from the University of Massachusetts in Amherst. I have received over eighty hours of narcotics training and twenty-four hours of Advanced narcotics training from the Federal Drug enforcement agency involving methods of distribution, identification, packaging of narcotics, and interview techniques. I have over forty hours of Counterdrug Investigation training from the United States Military Police school, and I have also received training from the National Technical Investigators Association. I have received an additional forty hours of drug training from HIDTA (High Intensity Drug Trafficking Area) in New York City, which was held by the DEA and New York City Police Department. I have been teaching a two-hour in service training class to fellow officers on the subject of basic drug identification and methods of distribution for the past six months at the Lowell Cross point towers.

1. On September 28, 2002 at 12:55 Pm a ██████████████, walked into the Highlands Precinct and asked if they had a Spanish Speaking Officer available. He was then directed to Officer Jose Ramirez. Ramirez asked ██████ what he needed to talk about and he stated that he believes that his roommate, a Raul Agudelo, is dealing drugs. ██████went on to say that he found a bag with white powder in it. ██████ further stated that he found it in Agudelo's bedroom. ██████ further stated that he was suspicious of Agudelo because he does not work, but he drives a car and is able to pay his bills. Officer Ramirez then notified his immediate Supervisor, Sgt Barry Golner. Ramirez was then able to ascertain that ██████ lived at 129 Westford Street, ████████████████, along with Raul Agudelo, in Lowell Massachusetts. Ramirez then asked if ██████ could show him what he had found. At this time, Ramirez, Officer Borret, and Sgt Barry Golner accompanied██████to 129 Westford Street,██████ Once in the apartment, ██████directed the Officers to

1

2065

Agudelo's bedroom. ███ then entered Agudelo's bedroom and returned to the living room area with a plastic bag. The Officers were able to observe from the living room area that ███ had removed the plastic bag from the bedroom closet, and that the bag had been removed from a jacket sleeve. The Officers were then able to closer observe that the contents of the bag were a white powder substance in block form. Based on their training and experience, they recognized the bag to contain cocaine. This bag was then seized and placed into evidence per departmental policy. Officers Bourret and Ramirez then secured the apartment, pending the granting of a search warrant for the address.

2. On 9-28-02, at 13:52 Hrs, Officer Jose Rivera (Car #5) was assisting Sgt. Barry Golner, on this incident, which occurred on 129 Westford Street, ███████. Sgt Golner was attempting to locate Raul Agudelo and arrest him based on the seizure of cocaine located at 129 Westford Street, ███████. The suspect, a Colombian national was believed to be at 11 Payne Street, an automobile dealership. Sgt Golner traveled to this location and observed Raul Agudelo's motor vehicle (a gray Buick Century, Ma. #2397ZL) parked on Payne Street. The Officers then walked to 11 Payne Street and observed a Spanish male, later identified as Carlos Colon, speaking to another Hispanic male in the lot. The Officers then asked Colon for positive identification. Colon produced a Mass. identification and a Puerto Rican identification. As Rivera spoke to Colon he noticed that he was not of Puerto Rican descent, but Columbian descent. At this time, Rivera believed that this was not his true identity and could have been Raul Agudelo. The officers then had the witness from ███████████████ and come to 11 Payne Street to attempt an identification of this person. The witness then stated that this male, who supplied the name Carlos Colon, was a friend of Raul Agudelo. The Officers then asked Colon if Agudelo was inside the auto dealerships trailer and received confusing statements and untruths from Colon. Rivera then walked by the threshold of the trailer and observed a set of keys. Officer Rivera then checked these keys to Raul Agudelo's vehicle and learned that the set of keys fit the vehicle (gray Buick Century Ma. # 2397ZL). At this time, Officer Quinnones and Rivera entered the trailer to look for Raul Agudelo. As they did the search for the suspect, Officer Rivera observed in plain view a clear plastic bag containing a tan substance, which through his training and experience, he recognized the substance to be raw heroin, which was located in an open cabinet. Rivera then notified Sgt Golner of the heroin and the above listed defendant that was then placed under arrest for the above listed charges. The heroin was tagged and placed into evidence along with $1,505.00 U.S. currency, which was believed to be proceeds from illegal narcotics sales.

3. On 9-28-02, ███████, who is the roommate of the 129 Westford Street cocaine trafficking suspect a Raul Agudelo, gave statements to Officers, which included a positive identification of his vehicle (Ma. 2397Zl 89 Buick Century Gray). ███████ knew Agudelo to have an alias of Edwin Diaz. ███████ further stated to

2

Officers that he believes that Agudelo had been deported from the United States in the past and then returned illegally. A check with the Massachusetts Registry yielded a registered owner as being an Edwin Diaz-Solis. Based on my past training and experience, I know that vehicles are commonly used by traffickers to transport illicit narcotics and to hide them. This, coupled with Colon's evasiveness regarding Agudelo, and any information regarding the Buick leads me to believe that Colon may have been motivated to misdirect attention from the vehicle for the reason that it may contain contraband or other incriminating evidence.

4. Based on the above facts contained in the affidavit, this Detective believes there is probable cause to issue a warrant 11 Payne Street, in the City of Lowell for A.) Heroin, a controlled substance as defined in MGL CH. 94C B.) Any and all monies and proceeds derived from the illegal sale of controlled substance or for the procurement of controlled substance, C.) Any and all paraphernalia used in packaging, all records, photos, papers, documents, or software related to the distribution of controlled substance.

5. Based on the above facts contained in the affidavit, this Detective believes there is probable cause to issue a warrant for 129 Westford Street, ▆▆▆▆▆▆▆, in the City of Lowell for A.) Cocaine, a controlled substance as defined in MGL CH. 94C B.) Any and all monies and proceeds derived from the illegal sale of controlled substance or for the procurement of controlled substance, C.) Any and all paraphernalia used in packaging, all records, photos, papers, documents, or software related to the distribution of controlled substance.

6. Based on the above facts contained in the affidavit, this Detective believes there is probable cause to issue a warrant for said vehicle, 89 Buick Century color Gray bearing Massachusetts plate number 2397ZL, vehicle identification number 1G4AH51N1KG416701 A.) Cocaine, a controlled substance as defined in MGL CH. 94C B.) Any and all monies and proceeds derived from the illegal sale of controlled substance or for the procurement of controlled substance, C.) Any and all paraphernalia used in packaging, all records, photos, papers, documents, or software related to the distribution of controlled substance.

3

7.  129 Westford Street is a three-story, multi-family, wood-framed, apartment building that is light green in color with white trim.  To get to the target apartment you first enter a courtyard that is located just to the left of the door clearly marked "127".  Once in this courtyard you travel to the far right corner which is clearly marked "129" above it.  Once you enter this door, you ascend the staircase to the second floor.  Once on the second floor landing the target door will be located to your left and marked with a number ♥ above it.

8.  11 Payne Street is a white older model, single room, trailer with two-entry doors on the side of it.  There is a sign posted along side the trailer that reads, "11 Payne Street Auto Sale / Lowell 978-452-5659".

_____  #512                    _____9/6/02_____
Signature of affiant                                  Date

**Then personally appeared before named William J. Samaras Jr. and made oath that the foregoing affidavit subscribed by him is true.**

_____

*Judge, Clerk Magistrate, Asst. Clerk Magistrate*

4



# The Commonwealth of Massachusetts
## Executive Office of Health and Human Services
## Department of Public Health
## State Laboratory Institute
## 305 South Street
## Boston, MA 02130-3597
## 617-983-6622

Jane Swift
Governor

Robert P. Gittens
Secretary

Howard H. Koh, MD, MPH
Commissioner

**DATE RECEIVED:** 10/04/2002
**DATE ANALYZED:** 11/11/2002

NO. 730460
I hereby certify that the  powder
Contained in 1 plastic bag                    **MARKED:** 730460
Submitted by DET. BRYAN MCMAHON  of the LOWELL POLICE DEPT.

**Has been examined with the following results:**
The powder was found to contain:
Cocaine, a derivative of Coca leaves, as defined in Chapter 94 C,
Controlled Substance Act, Section 31, Class B.

**NET WEIGHT:** 61.44 grams

**DEFENDANT:** AGUDELO, RAUL

ASSISTANT ANALYSTS  Sandra Lipchus ,  Nancy Tisei

Sworn and subscribed to before me this day,  11/13/02 .
I know the subscribers to be assistant analysts of the Massachusetts
Department of Public Health.

My Commission Expires  4/11/08

NOTARY PUBLIC

Chapter 111, Section 13 of the General Laws
This certificate shall be sworn to before a Justice of the Peace or Notary Public, and the jurat shall
contain a statement that the subscriber is the analyst or assistant analyst of the department. When
properly executed, it shall be prima facie evidence of the composition, quality, and the net weight of
the narcotic or other drug, poison, medicine, or chemical analyzed, or the net weight of any mixture
containing the narcotic or other drug, poison, medicine, or chemical analyzed, and the court shall take
judicial notice of the signature of the analyst or the assistant analyst, and of the fact that he/she is such.

Form CSS-63
(3-98)

2069



# The Commonwealth of Massachusetts
## Executive Office of Health and Human Services
## Department of Public Health
## State Laboratory Institute
## 305 South Street
## Boston, MA  02130-3597
## 617-983-6622

Jane Swift
Governor
Robert P. Gittens
Secretary
Howard K.Koh, MD, MPH
Commissioner

DATE RECEIVED: 10/04/2002
DATE ANALYZED: 11/11/2002

NO. 730461
I hereby certify that the  powder
Contained in 1 plastic bag                        MARKED: 730461
Submitted by DET. BRYAN MCMAHON  of the LOWELL POLICE DEPT.

Has been examined with the following results:
The powder was found to contain:
Cocaine, a derivative of Coca leaves, as defined in Chapter 94 C,
Controlled Substance Act, Section 31, Class B.

NET WEIGHT: 61.67 grams

DEFENDANT: AGUDELO, RAUL

ASSISTANT ANALYSTS  Sandra Lipchus     Nancy Tisei

Sworn and subscribed to before me this day,  11/13/02 .
I know the subscribers to be assistant analysts of the Massachusetts
Department of Public Health.

My Commission Expires  4/11/08

NOTARY PUBLIC

Chapter 111, Section 13 of the General Laws
This certificate shall be sworn to before a Justice of the Peace or Notary Public, and the jurat shall
contain a statement that the subscriber is the analyst or assistant analyst of the department. When
properly executed, it shall be prima facie evidence of the composition, quality, and the net weight of
the narcotic or other drug, poison, medicine, or chemical analyzed, or the net weight of any mixture
containing the narcotic or other drug, poison, medicine, or chemical analyzed, and the court shall take
judicial notice of the signature of the analyst or the assistant analyst, and of the fact that he/she is such.

Form CSS-63
(3-98)                                                                2070



# The Commonwealth of Massachusetts
## Executive Office of Health and Human Services
## Department of Public Health
## State Laboratory Institute
## 305 South Street
## Boston, MA 02130-3597
### 617-983-6622

Jane Swift
Governor
Robert P. Gittens
Secretary
Howard K. Koh, MD, MPH
Commissioner

DATE RECEIVED: 10/04/2002
DATE ANALYZED: 11/11/2002

NO. 730462
**I hereby certify that the** substance
**Contained in** 1 plastic bag
**Submitted by** DET. BRYAN MCMAHON  of the LOWELL POLICE DEPT.
**MARKED:** 730462

**Has been examined with the following results:**
The substance was found to contain:
Cocaine, a derivative of Coca leaves, as defined in Chapter 94 C,
Controlled Substance Act, Section 31, Class B.

**NET WEIGHT:** 40.52 grams

**DEFENDANT:** AGUDELO, RAUL

**ASSISTANT ANALYSTS**  Sandra Lipchus    Nancy Tisei

**Sworn and subscribed to before me this day,** ___11/13/02___.
**I know the subscribers to be assistant analysts of the Massachusetts
Department of Public Health.**

My Commission Expires ___4/11/08___          _____
                                              NOTARY PUBLIC

Chapter 111, Section 13 of the General Laws
This certificate shall be sworn to before a Justice of the Peace or Notary Public, and the jurat shall
contain a statement that the subscriber is the analyst or assistant analyst of the department. When
properly executed, it shall be prima facie evidence of the composition, quality, and the net weight of
the narcotic or other drug, poison, medicine, or chemical analyzed, or the net weight of any mixture
containing the narcotic or other drug, poison, medicine, or chemical analyzed, and the court shall take
judicial notice of the signature of the analyst or the assistant analyst, and of the fact that he/she is such.

Form CSS-63
(3-98)



2071



# The Commonwealth of Massachusetts
## Executive Office of Health and Human Services
## Department of Public Health
## State Laboratory Institute
### 305 South Street
### Boston, MA 02130-3597
### 617-983-6622

Jane Swift
Governor
Robert P. Gittens
Secretary
Howard K. Koh, MD, MPH
Commissioner

DATE RECEIVED: 10/04/2002
DATE ANALYZED: 11/11/2002

NO. 730463
**I hereby certify that the** substance
**Contained in** 1 plastic bag **MARKED:** 730463
**Submitted by** DET. BRYAN MCMAHON of the LOWELL POLICE DEPT.

**Has been examined with the following results:**
The substance was found to contain:
Cocaine, a derivative of Coca leaves, as defined in Chapter 94 C,
Controlled Substance Act, Section 31, Class B.

**NET WEIGHT:** 3.12 grams

**DEFENDANT:** AGUDELO, RAUL

**ASSISTANT ANALYSTS:** Sandra Lipchus    Nancy Fisei

Sworn and subscribed to before me this day, 11/13/02 .
I know the subscribers to be assistant analysts of the Massachusetts
Department of Public Health.

My Commission Expires 4/11/08

NOTARY PUBLIC

Chapter 111, Section 13 of the General Laws
This certificate shall be sworn to before a Justice of the Peace or Notary Public, and the jurat shall
contain a statement that the subscriber is the analyst or assistant analyst of the department. When
properly executed, it shall be prima facie evidence of the composition, quality, and the net weight of
the narcotic or other drug, poison, medicine, or chemical analyzed, or the net weight of any mixture
containing the narcotic or other drug, poison, medicine, or chemical analyzed, and the court shall take
judicial notice of the signature of the analyst or the assistant analyst, and of the fact that he/she is such.

Form CSS-63
(3-98)

2072

SEP-15-2006 Case 1:0FRUMFLO88G-NWS 978D66mént 269-3    Filed 09/15/2006 774Gge520 of 30  P:6/8



# The Commonwealth of Massachusetts
## Executive Office of Health and Human Services
### Department of Public Health
### State Laboratory Institute
### 305 South Street
### Boston, MA  02130-3597
### 617-983-6622

Jane Swift
Governor
Robert P. Gittens
Secretary
Howard K. Koh, MD, MPH
Commissioner

**DATE RECEIVED:** 10/04/2002
**DATE ANALYZED:** 11/11/2002

**NO.** 730464
**I hereby certify that the** substance
**Contained in** 1 plastic bag
**MARKED:** 730464
**Submitted by** DET. BRYAN MCMAHON  of the LOWELL POLICE DEPT.

**Has been examined with the following results:**
The substance was found to contain:
Cocaine, a derivative of Coca leaves, as defined in Chapter 94 C,
Controlled Substance Act, Section 31, Class B.

**NET WEIGHT:** 62.51 grams

**DEFENDANT:** AGUDELO, RAUL

**ASSISTANT ANALYSTS**  Sandra Lipchus    Nancy Tisei

Sworn and subscribed to before me this day, _11/13/02_.
I know the subscribers to be assistant analysts of the Massachusetts
Department of Public Health.

My Commission Expires ___4/11/08___

NOTARY PUBLIC

Chapter 111, Section 13 of the General Laws
This certificate shall be sworn to before a Justice of the Peace or Notary Public, and the jurat shall
contain a statement that the subscriber is the analyst or assistant analyst of the department. When
properly executed, it shall be prima facie evidence of the composition, quality, and the net weight of
the narcotic or other drug, poison, medicine, or chemical analyzed, or the net weight of any mixture
containing the narcotic or other drug, poison, medicine, or chemical analyzed, and the court shall take
judicial notice of the signature of the analyst or the assistant analyst, and of the fact that he/she is such.

Form CSS-63
(3-98)

2073



# The Commonwealth of Massachusetts
## Executive Office of Health and Human Services
## Department of Public Health
## State Laboratory Institute
## 305 South Street
## Boston, MA 02130-3597
## 617-983-6622

Jane Swift
Governor

Robert P. Gittens
Secretary

Howard H.Koh,MD,MPH
Commissioner

**DATE RECEIVED:** 10/04/2002
**DATE ANALYZED:** 11/11/2002

NO. 730465
**I hereby certify that the** substance
**Contained in** 1 plastic bag
**Submitted by** DET. BRYAN MCMAHON of the LOWELL POLICE DEPT.

**MARKED:** 730465

**Has been examined with the following results:**
The substance was found to contain:
Heroin, (diacetylmorphine) as defined in Chapter 94 C, Controlled
Substance Act, Section 31, Class A.

**NET WEIGHT:** 39.56 grams

**DEFENDANT:** AGUDELO, RAUL

**ASSISTANT ANALYSTS** Sandra Lipchus / Nancy Tigei

**Sworn and subscribed to before me this day,** 11/13/02.
**I know the subscribers to be assistant analysts of the Massachusetts
Department of Public Health.**

My Commission Expires 4/11/08

NOTARY PUBLIC

Chapter 111, Section 13 of the General Laws
This certificate shall be sworn to before a Justice of the Peace or Notary Public, and the jurat shall
contain a statement that the subscriber is the analyst or assistant analyst of the department. When
properly executed, it shall be prima facie evidence of the composition, quality, and the net weight of
the narcotic or other drug, poison, medicine, or chemical analyzed, or the net weight of any mixture
containing the narcotic or other drug, poison, medicine, or chemical analyzed, and the court shall take
judicial notice of the signature of the analyst or the assistant analyst, and of the fact that he/she is such.

Form CSS-63
(3-98)

2074



Jane Swift
Governor
Robert P. Gittens
Secretary
Howard H. Koh, MD, MPH
Commissioner

# The Commonwealth of Massachusetts
## Executive Office of Health and Human Services
## Department of Public Health
## State Laboratory Institute
## 305 South Street
## Boston, MA  02130-3597
## 617-983-6622

DATE RECEIVED: 10/04/2002
DATE ANALYZED: 11/11/2002

NO. 730466

I hereby certify that the  substance
Contained in 1 plastic bag
Submitted by DET. BRYAN MCMAHON  of the LOWELL POLICE DEPT.

MARKED: 730466

Has been examined with the following results:
The substance was found to contain:
Heroin, (diacetylmorphine) as defined in Chapter 94 C, Controlled
Substance Act, Section 31, Class A.

NET WEIGHT: 10.45 grams

DEFENDANT: AGUDELO, RAUL

ASSISTANT ANALYSTS   Sandra Lipchus  /  Nancy Tysei

Sworn and subscribed to before me this day, _11/13/02_.
I know the subscribers to be assistant analysts of the Massachusetts
Department of Public Health.

My Commission Expires  _4/11/08_

NOTARY PUBLIC

Chapter 111, Section 13 of the General Laws
This certificate shall be sworn to before a Justice of the Peace or Notary Public, and the jurat shall
contain a statement that the subscriber is the analyst or assistant analyst of the department. When
properly executed, it shall be prima facie evidence of the composition, quality, and the net weight of
the narcotic or other drug, poison, medicine, or chemical analyzed, or the net weight of any mixture
containing the narcotic or other drug, poison, medicine, or chemical analyzed, and the court shall take
judicial notice of the signature of the analyst or the assistant analyst, and of the fact that he/she is such.

Form CSS-63
(3-98)

2075

CRIMINAL BUREAU

| INCIDENT/ARREST REPORT | PAGE _1_ OF ____ | DATE REPORTED: 9/28/02 |
|---|---|---|
| Lowell Police Dept. 50 Arcand Drive Lowell, MA 01852 | ☒ INCIDENT     ☐ ARREST | TIME REPORTED: (24 hour) 1153 |
| | JUVENILE ☐     DOMESTIC ☐ | |
| | HATE CRIME ☐     ALCOHOL INVOLVED ☐ | |

CASE NO: 02 - 18438

**OFFENSE**

| PERSON | OFFENSE 1 (CHARACTER OF CASE) Possible Drug Activity | STATUTE |
|---|---|---|
| PERSON | OFFENSE 2 (CHARACTER OF CASE) | STATUTE |
| PERSON | OFFENSE 3 (CHARACTER OF CASE) | STATUTE |

DATE OCCURRED FROM: MONTH 07 DAY 28 YEAR 02 HOUR 11 MIN 53    MONTH ☐☐ DAY ☐☐ YEAR ☐☐ HOUR ☐☐ MIN ☐☐

LOCATION OF OFFENSE (STREET NUMBER • DIRECTION • STREET NAME • BUSINESS NAME • CITY)
129 Westford St                    Lowell

J. Ramirez                         Tetreault

| 13. TYPE NAME (LAST, FIRST, MIDDLE INITIAL) | | | | DOB 8/24/01 |
|---|---|---|---|---|
| NUM 3 | SOCIAL SECURITY # | IF ESTIMATED CHECK ☐ | AGE | HEIGHT | WEIGHT |

**PERSON 1**

| HAIR | EYES | 16. | 17. | 17. | 18. | 19. |
|---|---|---|---|---|---|---|
| ADDRESS 129 Westford St | | CITY Lowell, MA 01851 | | STATE | ZIP | |
| RES PHONE (978) 459-3369 | EMPLOYER | | EMPLOYER ADDRESS | | | |
| BUS PHONE | | | RECEIVED | | | |
| OCCUPATION | | SCARS/MARKS/TATTOOS/CLOTHING | SEP 29 2002 | | | 20. |
| ALIAS/STREET NAME/NICKNAME ~~Edwin Diaz~~ | | LOWELL POLICE DEPT. | PLACE OF BIRTH Colombia | | | |

| 13. TYPE S | NAME (LAST, FIRST, MIDDLE INITIAL) Agudelo, Paul | | | DOB |
|---|---|---|---|---|
| NUM 3 | SOCIAL SECURITY # | IF ESTIMATED CHECK ☒ | AGE 40 | HEIGHT 6'0" | WEIGHT |

**PERSON 2**

| HAIR Black | EYES Brown | 16. | 17. | 17. | 18. | 19. |
|---|---|---|---|---|---|---|
| ADDRESS 129 Westford St | | CITY Lowell, MA 01851 | | STATE | ZIP | |
| RES PHONE | EMPLOYER/SCHOOL | | EMPLOYER ADDRESS | | | |
| BUS PHONE | | | | | | |
| OCCUPATION | | SCARS/MARKS/TATTOOS/CLOTHING | | | | 20. |
| ALIAS/STREET NAME/NICKNAME Edwin Diaz | | | PLACE OF BIRTH | | | |

| 13. TYPE | NAME (LAST, FIRST, MIDDLE INITIAL) | | | DOB |
|---|---|---|---|---|
| NUM | SOCIAL SECURITY # | IF ESTIMATED CHECK ☐ | AGE | HEIGHT | WEIGHT |

**PERSON 3**

| HAIR | EYES | 16. | 17. | 17. | 18. | 19. |
|---|---|---|---|---|---|---|
| ADDRESS | | CITY | | STATE | ZIP | |
| RES PHONE | EMPLOYER/SCHOOL | | EMPLOYER ADDRESS | | | |
| BUS PHONE | | | | | | |
| OCCUPATION | | SCARS/MARKS/TATTOOS/CLOTHING | | | | 20. |
| ALIAS/STREET NAME/NICKNAME | | | PLACE OF BIRTH | | | |

LPG1-A-2/02

2076

| PROPERTY | | | |
|---|---|---|---|
| CATEGORY (STLN, RECVD, LOST, DAMAGED, ETC.) | PROPERTY DESCRIPTION (INCLUDING MODEL NO.) | SERIAL NUMBER | PROPERTY OR LOSS VALUE |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| 21. DRUG ACTIVITY | | 22. DRUG TYPE | | 23. MO | OTHER | 24. PQE | OTHER |
|---|---|---|---|---|---|---|---|

| CRIME SCENE: | PHOTOS TAKEN | YES | BY WHOM? | DUSTED FOR LATENT PRINTS | YES | PRINTS SUBMITTED | YES | BY WHOM |
|---|---|---|---|---|---|---|---|---|
| ROLL # |  | NO |  |  | NO |  | NO |  |

| VEHICLE 1 | | PERSON (INDICATE PERSON TO WHOM VEHICLE INFO APPLIES) | | | | |
|---|---|---|---|---|---|---|
| YEAR | MAKE | MODEL | TYPE | COLOR | PLATE | STATE |
| VIN | | | | INSURANCE COMPANY | | |

**NARRATIVE:** On September 28, 2002 at 1053 the complainant walked into the Highlands Precinct and asked if someone spoke Spanish. He was directed to me. I asked him what happened and he said that he believes that ▓ roommate (suspect) is dealing drugs because he found a bag with white powder in the (suspect) roommate's room. I informed Sgt. Gibner. The complainant told me that he was suspicious of his roommate because he does not work, but he drives a car and helps pay the bills.

I asked him where he lived and he said 129 Westford St ▓ I asked him if he could show us what he found and he said "Yes". Sgt. Gibner, Off. Bourret and ~~Sgt.~~ I went with the complainant to his apartment. We entered the apartment into the living room and we asked ▓▓▓ to show us what he thought were the drugs. ▓▓▓ entered his roommates room and brought out a plastic bag. From our location in the living room we were able to observe ▓▓▓ go into a closet and take out a jacket. He pulled out the bag from the sleeve of the jacket. We looked into the bag and it contained a large amount of powdery substance in block form. We recognized this to be cocaine. The bag was seized and tagged as evidence per department policy. The apartment was secured by Off. Bourret and I secured the apartment pending a search warrant.

| REPORTING OFFICER | SIGNATURE | OFFICER BADGE 1654 | DATE 9/24/02 |
|---|---|---|---|
| REVIEWING SUPERVISOR | SIGNATURE | OFFICER BADGE 339 | DATE 9/28/02 |

2077

CASE # 02-18438

# LOWELL, MA POLICE DEPT.
## FOLLOW UP REPORT

**REPORTING OFFICER:** Golner, Sgt.

**DATE:** 09-28-02     **TIME:** 1700

**CRIME / INCIDENT:** Trafficking in Cocaine over 200 grams

**VICTIM:** Comm. of Massachusetts

**ADDRESS:**

**VICTIMS DOB:**     **HOME PHONE #:**

**BUSINESS PHONE:**

RECEIVED

SEP 2 9 2002

LOWELL POLICE DEPT.

### Summary:

On 28 September 02, ▮▮▮ came into the Highlands Precinct to report that he may have discovered drugs inside his apartment ▮▮▮ told Officer Jose Ramirez that his roommate did not work and has not been paying him rent. ▮▮▮ told us that he was suspicious and had looked through his roommates' room. According to ▮▮▮ he found a bag containing what he thought might be drugs in his roommates' room. ▮▮▮ agreed to take us to the apartment and show us what he believed might be illegal drugs.

I responded to the apartment at #129 Westford Street ▮▮ along with ▮▮▮, Officer Raymond Bourret and Officer Ramirez. Upon arrival, ▮▮▮ took us into the apartment and to an unlocked bedroom to the left of a front room. ▮▮▮ told us his bedroom was to the right. ▮▮▮ opened the door, and pulled a blue/green/brown jacket from the closet. ▮▮▮ then pulled a Levi's Bag (plastic multi-colored) from one of the jacket sleeves. Inside this bag he told me was the substance he thought might be drugs. ▮▮▮ placed the bag on the bed, and I walked into the room to observe its contents. I observed numerous clear plastic bags containing a substance, which I recognized to be consistent with that of cocaine. A closer examination revealed seven large bags of the substance believed to be cocaine. All seven bags were consistent in size and shape. Through this Officers training and experience, I believed that there was in excess of 200 grams of cocaine in the bags. I seized the bag and jacket as evidence. I called for Detective Carlos Mercado to photograph the cocaine on the bed. The photograph was turned over to Sgt. James Trudel. The jacket and cocaine were transported to the Lowell Police Station and tagged as evidence. Detective Bryan McMahon was called and responded to take custody of the evidence. Sgt. Trudel was advised of the situation and advised he would have Detectives responding to apply for a search warrant. Officer Bourret and Ramirez remained at #129 Westford Street ▮▮▮ to secure the apartment.

▮▮▮ told me that although his roommate was not present, he hangs out at a car lot off of School Street before the bridge. ▮▮▮ told me that his roommate drives a grey vehicle and the plate number was

| Reporting Officer | Supervisor | PAGE 1 of 2 |
|---|---|---|
| _signature_ | _signature_ 152 | |

FILE NAME = Document2

2078

DOCUMENT NAME = Document2

# LOWELL MA, POLICE DEPT
## FOLLOWUP REPORT

2397ZL. A check on the registration revealed it came back to an Edwin Diaz-Solis. According to ████ his roommate was named Raul Agudelo a Columbian native who utilizes the aka Edwin Diaz-Solis. We believed that the address ████ was speaking of was Payne Street. I responded to the area and located the vehicle Massachusetts 2397ZL on Payne Street by #21. This was adjacent to a used car lot at #11 Payne. Officers Rivera Sr., Tetreault, Ferry and Quinones responded to assist. At #11 Payne, we located a Hispanic male who claimed to be from Puerto Rico. From our experience, Officer Rivera and I believed that the male was not telling the truth and was in fact from Columbia. The male identified himself as Carlos R. Colon. Subsequently a show-up was conducted with ████ and Colon with negative results. ████ advised that Colon was not his roommate, but was his roommate's good or best friend. Colon was not truthful about knowledge of the grey Buick and through investigation by Officer Rivera, this was confirmed. An amount of substance believed to be heroin was discovered in the car lots trailer and Colon placed under arrest for trafficking in heroin over 14 grams. Officers Ferry and Tetreault then secured number 11 Payne Street pending the application of a search warrant by the Vice/Narcotics Unit.

    See related reports for details.

    I had Detective Dillon take two Polaroid photographs of the cocaine. One is attached to this report and the other placed with the evidence.

Respectfully Submitted By,

_Sgt Bay Mut_

**Reporting Officer**

Supervisor _Lt. Oxlebury 152_

**PAGE 2 of 2**

**FILE NAME = Document2**

LOWELL POLICE DEPT.

Page ___1___ of _____

Case No.: 02-18438

Today's Date: 9/28/02

Initial Report Date: 9/28/02

## INCIDENT / ARREST REPORT

### ☐ NARRATIVE / CONTINUATION ☒ / FOLLOW-UP ☐

Offense: Possible Drug Activity

Location of Offense: 129 Westford St ▮▮▮ Lowell

Reason for follow-up:

On September 28, 2002 before we left the above address we asked ▮▮▮▮▮ if he wanted to stay somewhere else and he said "No". He said that he would stay in his room. I advised him to keep the phone by his side and to call 911 if the suspect showed up or if anything happened. He was informed that if he felt threatened the Police Dept. will help him find a place to stay.

RECEIVED

SEP 29 2002

LOWELL POLICE DEPT.

Respectfully Submitted,

Jose L. Ramirez

Sgt. Roy Nut

LPD 1-8 5/01

2080

# INCIDENT/ARREST REPORT
Lowell Police Dept.
50 Arcand Drive
Lowell, MA 01852

PAGE 1 OF 3

☒ INCIDENT   ☐ ARREST

JUVENILE ☐   DOMESTIC ☐
CRIME HATE ☐   INVOLVED ALCOHOL ☐

DATE REPORTED: 9-30-02
TIME REPORTED: 10:30Am

SECTOR **W**   UNIT **VICE**

CASE NO: 02- 18438

| OFFENSE | | STATUE | | |
|---|---|---|---|---|
| OFFENSE 1 (CHARACTER OF CASE) | TRAFFICKING C/B COCAINE O/200 GRMS | STATUE | 94C,32E | C- COMMITTED A ATTEMPTED **C** |
| OFFENSE 2 (CHARACTER OF CASE) | | STATUE | | C- COMMITTED A- ATTEMPTED |
| OFFENSE 3 (CHARACTER OF CASE) | | STATUE | | C- COMMITTED A- ATTEMPTED |

DATE OCCURRED FROM: MONTH DAY YEAR 9-28-02  TO: MONTH DAY YEAR   TIME OCCURRED FROM: HOUR MIN 9PM  TO: HOUR MM

4. LOCATION TYPE **03 - Res/Other**

LOCATION OF OFFENSE (STREET NUMBER DIRECTION STREET NAME APT NUMBER BUSINESS NAME CITY)
**129 WESTFORD STREET APARTMENT 6**

5. FORCED ENTRY 0. NA 1. YES 2. NO **2 - No**

OFFICER 1 **SAMARAS, JOHN DET**   BADGE # **592**   OFFICER 2   BADGE #

6 TYPE WEAPON: 1) N/A 03) Shotgun 06) Blunt/Object 12) Sim Weapon 01) Handgun 04) Unk firearm 07) Hands/Fist/Feet 10) Fire/Incendiary 13) Drugs 99) Other 02) Rifle 05) Knife/Cutting 08) Poison 11) Threat/Intimid 98) Unknown **13**

7. CALIBER/ GAUGE **NN**   8. FINISH **O** (1-BLUE 2-SILVER 4-OTHER)

Number of persons present | Number of offense | Number of offenders | Number Arrest

## PERSON 1

| 12. TYPE **S** | NUM **3** | UNK | social security # | NAME (LAST FIRST & MIDDLE) **AGUDELO, RAUL AKA DIAZ-SOLIS, EDWIN** |
|---|---|---|---|---|

| 14. RACE **H** | 15 SEX **M** | DOB **7-17-60** | IF ESTIMATED CHECK ☒ | AGE **42** | HEIGHT **6'00"** | WEIGHT **160** |
|---|---|---|---|---|---|---|

| HAIR **Black** | EYES **Brown** | 16 OFFENSE INDICATOR | 16. | 17. INJURY EXTENT **0 - None** | 17. | 18. INJURY TYPE (2) **NN** | 18. | 18. **NN** |
|---|---|---|---|---|---|---|---|---|

| ADDRESS **129 WESTFORD STREET** | CITY **LOWELL** | STATE **MA** | ZIP | 19. RES TYPE **NN** | 19. | 20. RES STATUS **NN** | 20. |
|---|---|---|---|---|---|---|---|

RES PHONE **NN**   EMPLOYER/SCHOOL **NN**   EMPLOYER ADDRESS **NN**

BUS PHONE **NN**

OCCUPATION **NN**   SCARS/MARKS/TATTOOS/CLOTHING **NN**   21. VIC/OFFENDER RELATIONSHIP **NN**   21.

22 FOUL PLAY SUSPECTED **No**   22. **NN**   ALIAS/STREET NAME/NICKNAME **NN**   PLACE OF BIRTH

## PERSON 2

| 13. TYPE | NUM | social security # | NAME (LAST FIRST MIDDLE INITIAL) |
|---|---|---|---|

| 14 RACE | 15. SEX | DOB | IF ESTIMATED CHECK ☐ | AGE | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|

| HAIR | EYES | 16 OFFENSE INDICATOR | 16. | 17 INJURY EXTENT | 17. | 18. INJURY TYPE (2) | 18. | 18. |
|---|---|---|---|---|---|---|---|---|

| ADDRESS | CITY | STATE | ZIP | 19. RES TYPE | 19. | 20. RES STATUS | 20. |
|---|---|---|---|---|---|---|---|

RES PHONE   EMPLOYER/SCHOOL   EMPLOYER ADDRESS

BUS PHONE

OCCUPATION   SCARS/MARKS/TATTOOS/CLOTHING   21. VIC/OFFENDER RELATIONSHIP   21.

22. FOUL PLAY SUSPECTED   22.   ALIAS/STREET NAME/NICKNAME   PLACE OF BIRTH

RECEIVED
OCT 01 2002
LOWELL POLICE DEPT

## PERSON 3

| 13. TYPE | NUM | social security # | NAME (LAST FIRST MIDDLE INITIAL) |
|---|---|---|---|

| 14. RACE | 15 SEX | DOB | IF ESTIMATED CHECK ☐ | AGE | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|

| HAIR | EYES | 16 OFFENSE INDICATOR | 16. | 17 INJURY EXTENT | 17. | 18. INJURY TYPE (2) | 18. | 18. |
|---|---|---|---|---|---|---|---|---|

| ADDRESS | CITY | STATE | ZIP | 19. RES TYPE | 19. | 20. RES STATUS | 20. |
|---|---|---|---|---|---|---|---|

RES PHONE   EMPLOYER/SCHOOL   EMPLOYER ADDRESS

BUS PHONE

OCCUPATION   SCARS/MARKS/TATTOOS/CLOTHING   21. VIC/OFFENDER RELATIONSHIP   21.

22 FOUL PLAY SUSPECTED   22.   ALIAS/STREET NAME/NICKNAME   PLACE OF BIRTH

LPD1-A/5/01

2081

**PROPERTY**

| CATEGORY (STLN. RECVD. LOST. DAMAGED, ETC.) | PROPERTY DESCRIPTION (INCLUDING MODEL NO.) | SERIAL NUMBER | PROPERTY OR LOSS VALUE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| 25. DRUG TYPE | E HEROIN<br>H HALLUCINOGEN<br>O OPIUM/DERV<br>C COCAINE | M MARIJUANA<br>A AMPHETAMINE<br>B BARBITURATE<br>S SYNTHETIC | U UNKNOWN<br>Z OTHER<br>P PARAPHERNALIA<br>P EQUIPMENT | C | N N/A | 26. DRUG ACTIVITY | T-TRAFFIC<br>A-SMUGGLE | M-MANUF/CULT<br>G- G-sell<br>K-DIST/SB<br>D-DELIVER | P-POSSESS<br>B- BUY<br>E-USE<br>Z- OTHER | T | U-JUNK MAU. |

M O

- 01 -Broke/smashed
- 02-Cut
- 03-Kicked
- 04-Pried
- 05-Punched/Broke Lock

Describe Other____

- 06 -Sawed
- 07 -No Force
- 08 -N/A
- 09 -Unknown
- 10-Other

P O E

- 9 1 -Front door
- 02-Side door
- 03-Rear door
- 04-Front Window
- 05-Side Window
- 06-Rear Window
- 07-Sliding glass door

- 08-Garage
- 09-Roof
- 10 -Trunk/Hood
- 11 -Left Open/Unlock
- 12 -N/A
- 13 -Unknown
- 14 -Other

Describe Other____

| CRIME SCENE: | PHOTOS TAKEN | yes | X | BY WHOM? | | DUSTED FOR LATENT PRINTS | yes | | PRINTS SUBMITTED | yes | X | BY WHOM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ROLL # | | NO | | | | | NO | X | | NO | | |

| VEHICLE | | PERSON (INDICATE PERSON TO WHOM VEHICLE INFO APPLIES) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| YEAR 89 | Make BUICK | Model CENTURY | Type PAN | Color GRAY | INSURANCE Company | Plate 2397ZL | | State MA |
| VIN | | | | | | | | |

**NARRATIVE:**

On 9-28-02, while assigned to the Lowell Police Department Special Investigations Section, this Detective applied for and was granted search warrants for 129 Westford Street_____ 11 Payne Street, and a gray Buick Century bearing Massachusetts plate number 2397ZL. These search warrants were the result of a discovery made by Officers Raymond Berret and Jose Ramirez at 129 Westford Street_____ (See initial report Off. Ramirez). The Officers were directed to the address by a_____, who resides at 129 Westford Street_____, along with the listed suspect "Agudelo"._____ _____ led police to a bag that contained a substantial amount of cocaine which was seized at that time. This bag of cocaine, which was later found to be in excess of 200 Grams, was located in the closet of "Agudelo". The apartment was then secured pending the granting of a search warrant.

On 9-28-02, at 9Pm, Sgt Trudel, and myself traveled to 129 Westford Street_____ after being granted search warrant number 0211SW087. We then met with Officers Berret and Ramirez who had the target apartment secured. As a result of the search the following items were found:

1. 2 Glassine bags contain cocaine (each 63 Grams/ total 126 Grams) *Samaras / bedroom closet*
2. 2 Glassine bag contain cocaine (43 Grams/ 4 Grams) * Sgt Trudel/ Bedroom night stand*
3. 1 Digital scale *Officer Berret/ left side of bedroom floor*
4. $185.00 U.S. currency *Samaras/ Bedroom closet*
5. Various paper work (Pass port/tax papers/ Identification bearing suspects name @ alias) *Ramirez/ bedr.*
6. 1 cell phone *Samaras/ bedroom closet*

RECEIVED

OCT 01 2002

LOWELL POLICE DEPT

| REPORTING OFFICER | SIGNATURE | 152? | 9-30-02 |
|---|---|---|---|
| | | OFFICER BADGE | DATE |
| REVIEWING SUPERVISOR | SIGNATURE | | 9-30-02 |
| | | OFFICER BADGE | DATE |

LOWELL POLICE DEPT.          Page **2** of **2**          Case No.: **02-18436**

Today's Date: **9-30-02**

# INCIDENT / ARREST REPORT

☒ NARRATIVE / CONTINUATION     / FOLLOW-UP ☐

At this time, the suspect has not been located, and I am seeking an arrest warrant for AGUDELO, RAUL AKA DIAZ-SOLIS, EDWIN with a date of birth of 7-17-60 from 129 Westford Street, ███████ for trafficking c/b (cocaine) over 200 Grams.

It should be noted that I applied for and was granted search warrant number 0211SW088 for the suspects vehicle (gray Buick Century 2397ZL). This vehicle was searched by Detective Zanoli, and found to contain no contraband. This vehicle will be held pending investigation. All contraband was tagged and placed into evidence per departmental policy.

R E C E I V E D

OCT 01 2002

LOWELL POLICE DEPT.

REPORTING OFFICER _____     | 5702 |     9-30-02

REVIEWING SUPERVISOR _____     | 777 |     9-30-02

SIGNATURE

LPD 1-B 5/01