## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cr-10336

United States of America

v.

Jose Torrado

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1, 2, 9, 33, 35, 42, 49, 50, 51, 53, 55, 60, 80, 91, 98, 103-105, 112, 114, 116, 119, 120, 122, 123-127, 130, 131, 133, 142, 145, 149, 150, 152, 157, 158, 160, 161, 162, 165-169, 171-173, 175, 177-179, 183, 187, 191, 193, 199, 201, 204, 210, 212, 220-222, 224, 226, 229-237, 249, 252, 269-273, 281-287, 293, 300, 301

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/12/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 4, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _10/4/06_ .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06