APPEAL, INTERP

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:04-cr-10336-NMG-6

Case title: USA v. Santiago et al                Date Filed: 11/10/2004
Magistrate judge case number: 1:04-mj-00500-
                              RBC

Assigned to: Judge Nathaniel M.
Gorton

## Defendant

**Jose Torrado** (6)                  represented by **Lenore Glaser**
*TERMINATED: 06/12/2006*                           Law Office of Lenore Glaser
                                                   65a Atlantic Ave.
                                                   2nd Floor
                                                   Boston, MA 02210
                                                   617-753-9988
                                                   Fax: 617-830-0167
                                                   Email: lglaser@glaser-law.com
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Designation: CJA Appointment*

## Pending Counts                     ## Disposition

21:846 CONSPIRACY TO
Possess with Intent to
DISTRIBUTE and Distribute
Heroin
(1)

                                       TOL 23 CHC I, On Count 1s
21:846 Conspiracy to Possess          Minimum mandatory of 60
with Intent to Distribute and         months. 4 years SR. Submit to
Distribute Heroin                     DNA sample, no firearms, refrain
(1s)                                   from use of drugs, unlawful
                                       substances. $100 SA.

## Highest Offense Level (Opening)

Felony

## Terminated Counts

None

**Disposition**

## Highest Offense Level (Terminated)

None

## Complaints

**Disposition**

21 USC 846, 841(a)(1) -
Conspiracy to possess with intent
to distribute and distrubute a
mixture or substance containing a
detectable amount of heroin, a
Schedule 1 controlled substance

## Plaintiff

**USA**            represented by **Denise J. Casper**
United States Attorney's Office
John Joseph Moakley Federal
Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3120
Fax: 617-748-3965
*TERMINATED: 07/22/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William F. Bloomer**
United States Attorney's Office
Suite 9200
1 Courthouse Way
Boston, MA 02210
617-748-3644

Fax: 617-748-3965
Email:
william.bloomer@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sharron A. Kearney**
United States Attorney's Office
John J. Moakley United States
Courthouse
Suite 9200
Boston, MA 02210
US
617-748-3687
Fax: 617-748-3965
Email:
sharron.kearney@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/14/2004 | 1 | SEALED COMPLAINT as to Julio Carrion Santiago (1), Pedro Alberto Miranda (2), Reynaldo Rivera (3), Jose Rodriguez (4), Enrique Agosto (5), Jose Torrado (6), Carlos Sanchez (7), Luis F. Sanchez (8), Edwin Torrez (9), Zuleima Reyes (10), Santiago Arroy[1:04o (11). (Attachments: # 1 Affidavit Pages 1 - 30# 2 Affidavit Pages 31 - 59) (Cummings, Mary)[1:04-mj-00500-RBC] (Entered: 10/15/2004) |
| 10/14/2004 | 2 | MOTION to Seal Case as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo by USA. (Cummings, Mary)[1:04-mj-00500-R (Entered: 10/15/2004) |
| 10/14/2004 | ● | Magistrate Judge Robert B. Collings : ELECTRONIC ORDER entered granting 2 Motion to Seal Case as to Julio Carrion Santiago (1), Pedro Alberto Miranda (2), Reynaldo Rivera (3), Jose Rodriguez (4), Enrique Agosto (5), Jose Torrado (6), Carlos Sanchez[1:04 (7), Luis F. Sanchez (8), Edwin Torrez (9), Zuleima Reyes (10), Santiago Arroyo (11) (Cummings, Mary)[1:04-mj-00500-RBC] (Entered: 10/15/2004) |
| 10/15/2004 | 3 | MOTION to Unseal Case as to Julio Carrion Santiago, Pedro |

| | | |
|---|---|---|
| | | Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo by USA. (Cummings, Mary)[1:04-mj-00500 (Entered: 10/15/2004) |
| 10/15/2004 | ❑ | Case unsealed as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo (Cummings, Mary)[1:04-mj-00500-RBC] (Entered: 10/15/2004) |
| 10/15/2004 | ❑ | Electronic Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Initial Appearance as to Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Pedro Alberto Miranda, Reynaldo Rivera[1:04, Jose Rodriguez held on 10/15/2004. Spanish Interpreters Present. Defendants informed of rights and charges and max penalties. Financial Affidavits filled out by Pedro Alberto Miranda, Zuleima Reyes, Edwin Torrez, and Enrique Agosto. Court appoints [1:04Attorney Palmer for Def't Miranda, Federal Defender Richie for Mr. Agosto, V. Bonelita for Mr. Torrez and to appoint attorney for Ms. Reyes. Other Def't indicate they can afford counsel. Status Conference as to Def't Reynaldo Rivera se[1:04t for Monday October 18, 2004 at 3:30 as to Mr. Rivera's counsel. Detention Hearing set for Defendants (except for Mr. Rodriguez, Agosto, and Torrado) on October 21, 2004 at 10:30 AM. Def't Rodriguez, Agosto, and Torrado hearing set for Nov [1:04ember 1, 2004 at 11:00 AM. (Digital Recording) (Russo, Noreen)[1:04-mj-00500-RBC] (Entered: 10/19/2004) |
| 10/15/2004 | ❑9 | Arrest Warrant Issued as to Jose Torrado. (Cummings, Mary) [1:04-mj-00500-RBC] (Entered: 10/15/2004) |
| 10/15/2004 | ❑19 | Magistrate Judge Robert B. Collings : ORDER OF TEMPORARY DETENTION entered as to Jose Torrado. (Russo, Noreen)[1:04-mj-00500-RBC] (Entered: 10/21/2004) |
| 11/01/2004 | ❑33 | Magistrate Judge Robert B. Collings : ORDER entered ORDER PURSUANT TO RULE 5.1(a), Fed. R. Crim. P. as to Enrique Agosto, Jose Torrado, Carlos Sanchez, Zuleima Reyes, Reynaldo Rivera, Jose Rodriguez. (Russo, Noreen) [1:04-mj-00500-RBC] (Entered: 11/02/2004) |
| 11/01/2004 | ❑ | Electronic Clerk's Notes for proceedings held before |

| | | Magistrate Judge Robert B. Collings:Detention Hearing as to Enrique Agosto, Jose Torrado, Carlos Sanchez, Jose Rodriguez held on 11/1/2004. D. Casper for the Gov't, Attorney Anthony J. S[1:04cola for Mr Scanchez, V. Carter for Jose Rodriguez, Federal Defender C. Byrne for Enrique Agosta, L. Glaser for Mr. Torrado. No interp. as all defendants say they don't need an interp. Def't Rodriguez filled out financial affidavit and Cou [1:04rt finds him unable to afford attorney. Ms. Carter appointed. Def't Torrado filled out a financial affidavit and Court finds him unable to afford attorney. L. Glaser appointed for Mr. Torrado. Gov't calls first witness Candice Couchman. Tw[1:04o Exhibits by Gov't. Cross examination by Ms. Byrne, A. Scola, V. Carter, L. Glaser. Redirect by D. Casper. Additional cross by C. Byrne and L. Glaser. No evidence offered /proffered by any of Defense Counsel. Mr. Scola heard on the issue of pro[1:04bable cause as to Mr. Scanchez; Ms. Carter on Probable cause, requests continuance of detention hearing pending report from pretrial and discussions with 3P Custodians, will contact the court, L. Glaser heard as to PC, request continuance on detentio[1:04n pending pre-trial report, continued hearing set down for Wednesday, November 3, 2004 at 11:30 AM. Mr. Scanchez at 2:30 PM. Court finds probable cause to all four defendants and all will be held for grand jury action. Dentention as to Mr. Rodrigui[1:04ez continued generally, and Def't Agosta ordered detained. (Digital Recording) (Russo, Noreen)[1:04-mj-00500-RBC] (Entered: 11/01/2004) |
| 11/01/2004 | ⨀35 | CJA 23 Financial Affidavit by Jose Torrado. (Russo, Noreen) [1:04-mj-00500-RBC] (Entered: 11/03/2004) |
| 11/01/2004 | ⨀42 | Magistrate Judge Robert B. Collings : ORDER entered CJA 20 as to Jose Torrado : Appointment of Attorney Lenore Glaser for Jose Torrado. (Russo, Noreen)[1:04-mj-00500-RBC] (Entered: 11/04/2004) |
| 11/03/2004 | ⨀ | Electronic Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Continued Detention Hearing as to Jose Torrado held on 11/3/2004. D. Casper for Gov't, L. Glaser for Mr. Torrado. September Lee Brown for Pre-Trial Se[1:04rvices. No interp. as Def't indicates he speaks english. Court reviews Pre-trial report. Defendant has no evidence to present. Court directs that matter be continued to 1:45 PM so that Pre-trial can interview Def't mother as |

| | | |
|---|---|---|
| | | possible 3rd Pa[1:04rty custodian. (Digital Recording) (Russo, Noreen)[1:04-mj-00500-RBC] (Entered: 11/03/2004) |
| 11/03/2004 | ❂ | Electronic Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings:Continued Detention Hearing as to Jose Torrado held on 11/3/2004. D. Casper for Gov't and L. Glaser for Mr. Torrado. September Lee Brown for Pretrial.[1:04 Continued from 11:30 AM. Gov't argues for detention, L. Glaser argues for release if necessary on an electronic bracelet. Def't not released. Ms. Glaser to contact the court concerning possible conditions of release secured by real estate [1:04or bond. (Digital Recording) (Russo, Noreen) Modified on 11/10/2004 (Russo, Noreen).[1:04-mj-00500-RBC] (Entered: 11/03/2004) |
| 11/10/2004 | ❂ | Electronic NOTICE OF HEARING as to Jose Torrado Continued Detention Hearing set for 11/15/2004 @ 3:00 PM in Courtroom 14 before Magistrate Judge Robert B. Collings. (Russo, Noreen)[1:04-mj-00500-RBC] (Entered: 11/10/2004) |
| 11/10/2004 | ❂49 | INDICTMENT as to Julio Carrion Santiago (1) count(s) 1, 7, Pedro Alberto Miranda (2) count(s) 1, Reynaldo Rivera (3) count(s) 1, 2, 3-6, Jose Rodriguez (4) count(s) 1, Enrique Agosto (5) count(s) 1, Jose Torrado (6) count(s) 1, Carlos Sanchez (7) count(s) 1, Luis F. Sanchez (8) count(s) 1, Edwin Torrez (9) count(s) 1, Zuleima Reyes (10) count(s) 1, 3-6, Santiago Arroyo (11) count(s) 1, 2, Juan Nunez (12) count(s) 1. (Attachments: # 1) (Gawlik, Cathy) (Entered: 11/12/2004) |
| 11/12/2004 | ❂50 | Judge Nathaniel M. Gorton : ORDER entered ORDER REFERRING CASE to Magistrate Judge Robert B. Collings Reason for referral: pretrial proceedings as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Gawlik, Cathy) (Entered: 11/12/2004) |
| 11/12/2004 | ❂53 | Magistrate Judge Robert B. Collings : ORDER entered ORDER Setting Conditions of Release as to Jose Torrado (6) 25,000.00 Bond Secured by $25,000.00 in cash. (Russo, Noreen) (Entered: 11/15/2004) |
| 11/15/2004 | ❂ | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Arraignment as to Jose Torrado (6) Count 1 held on 11/15/2004. D. Casper for Gov't. L. Glaser for Mr. |

| | | |
|---|---|---|
| | | Torrado. Defendant pleads not guilty. Intial Status Conf. Set down for January 5, 2005 @ 11:00 AM. (Digital Recording) (Russo, Noreen) Modified on 11/19/2004 (Russo, Noreen). (Entered: 11/15/2004) |
| 11/15/2004 | ❏ | Electronic Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Detention Hearing as to Jose Torrado held on 11/15/2004. D. Casper for Gov't, L. Glaser for Mr. Torrado. Pretrial services. 3rd party custodian Mrs. Maldanado is informed of her 3rd party custodian status and consequences of conditions of release. Mother agrees to be 3rd Party Custodian. Def't released on 25,000.00 Bond. Arraignment takes place at same time as Detention Hearing. (Digital Recording) (Russo, Noreen) (Entered: 11/15/2004) |
| 11/15/2004 | ❏55 | Appearance Bond of Witness Jose Torrado in case as to Jose Torrado. (Barrette, Mark) (Entered: 11/16/2004) |
| 11/15/2004 | ❏58 | Magistrate Judge Robert B. Collings : MEMORANDUM AND ORDER entered as to Jose Torrado. (Russo, Noreen) (Entered: 11/17/2004) |
| 11/15/2004 | ❏60 | Magistrate Judge Robert B. Collings : ORDER entered ORDER Setting Conditions of Release as to Jose Torrado (6) 25,000.00 Bond. Carmen Maldonado 3 Party Custodian. (Russo, Noreen) (Entered: 11/22/2004) |
| 11/24/2004 | ❏80 | Magistrate Judge Robert B. Collings : ORDER entered STANDING PROCEDURAL ORDER as to Jose Torrado. (Russo, Noreen) (Entered: 11/29/2004) |
| 12/07/2004 | ❏91 | MOTION to Modify Conditions of Release as to Jose Torrado. (Glaser, Lenore) (Entered: 12/07/2004) |
| 12/07/2004 | ❏ | Magistrate Judge Robert B. Collings : Electronic ORDER entered granting 91 Motion to Modify Conditions of Release as to Jose Torrado (6). (Russo, Noreen) (Entered: 12/07/2004) |
| 12/16/2004 | ❏98 | MOTION for Authorization of Services or Funds as to Jose Torrado. (Glaser, Lenore) (Entered: 12/16/2004) |
| 12/29/2004 | ❏ | Judge Nathaniel M. Gorton : Endorsement on motion ORDER entered granting 98 Motion for Authorization of Services or Funds as to Jose Torrado (6) (Smith3, Dianne) (Entered: 12/29/2004) |
| 01/05/2005 | ❏ | ElectronicClerk's Notes for proceedings held before Magistrate |

| | | |
|---|---|---|
| | | Judge Robert B. Collings :Inital Status Conference as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes held on 1/5/2005. D. Casper for Gov't. Att.Glaser covering for V. Carter all other defense counsel present. C. Byrne requests additonal time for discovery. Court allows 6 weeks to 2/18/2005. April 13, 2005 for Motions to Suppress / Dismiss. Final Status Conf. set down for April 28, 2005 @ 11:00 AM. (Court Reporter Electronic.) (Russo, Noreen) (Entered: 01/05/2005) |
| 01/05/2005 | 103 | Magistrate Judge Robert B. Collings : ORDER entered. ORDER FOR FINAL STATUS CONFERENCE (L.R. 116.5 (C)) as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Juan Nunez. Final Status Conf. set for Thursday, April 28, 2005 @ 11:00 AM. (Russo, Noreen) (Entered: 01/10/2005) |
| 01/05/2005 | 104 | Magistrate Judge Robert B. Collings : ORDER entered. REPORT AFTER INITIAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(A)as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Juan Nunez (Russo, Noreen) (Entered: 01/10/2005) |
| 01/05/2005 | 105 | Magistrate Judge Robert B. Collings : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Juan Nunez Time excluded from 10/15/2004 until 11/15/2004. Time excluded from 11/10/2004 until 11/10/2004. Time excluded from 11/15/2004 until 11/15/2004. Time excluded from 11/16/2004 until 12/13/2004. Time excluded from 11/22/2004 until 11/22/2004. Time excluded from 11/23/2004 until 12/20/2004. Time excluded from 12/29/2004 until 12/29/2004.Time excluded from 1/05/2005 until 1/05/2005. Time excluded from 1/6/2005 until 4/13/2005. Thus as of December 21, 2004, FOURTEEN (14) non-excludable days will have occured leaving FIFTY-SIX (56) days left to |

| | | |
|---|---|---|
| | | commence trial so as to be within the seventy-day period for trial set by statute. (Russo, Noreen) (Entered: 01/11/2005) |
| 02/18/2005 | ❑114 | Assented to MOTION for Extension of Time to March 4, 2005 to File the discovery letters as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunezby Jose Torrado. (Glaser, Lenore) (Entered: 02/18/2005) |
| 03/11/2005 | ❑ | Judge Robert B. Collings : ORDER entered granting 114 Motion for Extension of Time as to Julio Carrion Santiago (1), Pedro Alberto Miranda (2), Reynaldo Rivera (3), Jose Rodriguez (4), Enrique Agosto (5), Jose Torrado (6), Carlos Sanchez (7), Luis F. Sanchez (8), Edwin Torrez (9), Zuleima Reyes (10), Santiago Arroyo (11), Juan Nunez (12). (Russo, Noreen) (Entered: 03/14/2005) |
| 03/15/2005 | ❑117 | MOTION for Detention *Voluntary* as to Jose Torrado. (Glaser, Lenore) (Entered: 03/15/2005) |
| 03/17/2005 | ❑118 | Assented to MOTION for Extension of Time to 3/17/05 to File Response to Joint Defense Discovery Letter as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunezby USA. c/s.(Bell, Marie) (Entered: 03/21/2005) |
| 03/21/2005 | ❑119 | MOTION to Withdraw Document *Motion for Voluntary Detention* as to Jose Torrado. (Glaser, Lenore) (Entered: 03/21/2005) |
| 03/21/2005 | ❑120 | MOTION to Modify Conditions of Release as to Jose Torrado. (Glaser, Lenore) (Entered: 03/21/2005) |
| 03/22/2005 | ❑ | Judge Robert B. Collings: Electronic ORDER entered withdrawing 117 Motion for Detention as to Jose Torrado (6). (Entered: 03/22/2005) |
| 03/22/2005 | ❑ | Judge Robert B. Collings: Electronic ORDER entered granting 119 Motion to Withdraw Document as to Jose Torrado (6). (Entered: 03/22/2005) |
| 03/22/2005 | ❑ | Judge Robert B. Collings: Electronic ORDER entered denying without prejudice 120 Motion to Modify Conditions of Release as to Jose Torrado (6). (Entered: 03/22/2005) |

| 03/22/2005 | ❏ | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 118 Motion for Extension of Time to File Response/Reply as to Julio Carrion Santiago (1), Pedro Alberto Miranda (2), Reynaldo Rivera (3), Jose Rodriguez (4), Jose Torrado (6), Carlos Sanchez (7), Edwin Torrez (9), Santiago Arroyo (11), Juan Nunez (12) (Nicewicz, Craig) (Entered: 03/23/2005) |
|---|---|---|
| 04/13/2005 | ❏126 | SUPERSEDING INDICTMENT as to Julio Carrion Santiago (1) count(s) 1s, 7s, 8s, Pedro Alberto Miranda (2) count(s) 1s, Reynaldo Rivera (3) count(s) 1s, 2s, 3s-6s, Jose Rodriguez (4) count(s) 1s, Enrique Agosto (5) count(s) 1s, Jose Torrado (6) count(s) 1s, Carlos Sanchez (7) count(s) 1s, Luis F. Sanchez (8) count(s) 1s, Edwin Torrez (9) count(s) 1s, Zuleima Reyes (10) count(s) 1s, 3s-6s, Santiago Arroyo (11) count(s) 1s, 2s, Juan Nunez (12) count(s) 1s. (Attachments: # 1) (Gawlik, Cathy) (Entered: 04/14/2005) |
| 04/13/2005 | ❏127 | Judge Nathaniel M. Gorton : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Robert B. Collings Reason for referral: pretrial proceedings as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Gawlik, Cathy) (Entered: 04/14/2005) |
| 04/15/2005 | ❏130 | MOTION to Modify Conditions of Release as to Jose Torrado. (Glaser, Lenore) (Entered: 04/15/2005) |
| 04/22/2005 | ❏ | Electronic NOTICE OF HEARING as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez Arraignment on Superseding Indictment set for 4/29/2005 @ 12:00 PM in Courtroom 23 before Magistrate Judge Robert B. Collings. Please be advised that the Final Status Conf. set for April 28, 2005 has been continued generally and a new date will be set at the Arraignment on the Superseding Indictment. (Russo, Noreen) (Entered: 04/22/2005) |
| 04/22/2005 | ❏ | Electronic NOTICE OF HEARING ON MOTIONS [121] Motion to Withdraw as Attorney as to Luis Sanchez, [122] Assented to Motion for Extension of Time to May 13, 2005 as to Luis F. Sanchez, [123] Assented to Motion for Extension of |

| | | |
|---|---|---|
| | | time as to Pedro Alberto Miranda, [125] Assented to Motion for Extention of time as to Enrique Agosto, 130 Motion to Modify Conditions of Release as to Jose Torrado Motion Hearing set for 4/29/2005 @ 12:00 PM in Courtroom 23 before Magistrate Judge Robert B. Collings. (Russo, Noreen) Modified on 4/22/2005 (Russo, Noreen). (Entered: 04/22/2005) |
| 04/27/2005 | ◑131 | MOTION for Extension of Time to June 6, 2005 to File Respond to suppression motions *and motion to reschedule the final status conference* as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunezby USA. (Casper, Denise) (Entered: 04/27/2005) |
| 04/29/2005 | ◐ | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Arraignment as to Julio Carrion Santiago (1) Count 1s,7s,8s and Reynaldo Rivera (3) Count 1s,2s,3s-6s and Jose Rodriguez (4) Count 1s and Enrique Agosto (5) Count 1s and Jose Torrado (6) Count 1s and Carlos Sanchez (7) Count 1s and Luis F. Sanchez (8) Count 1s and Edwin Torrez (9) Count 1s and Zuleima Reyes (10) Count 1s,3s-6s and Juan Nunez (12) Count 1s held on 4/29/2005, Plea entered by by Julio Carrion Santiago, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Juan Nunez, Not Guilty on counts 1s-8s. Final Status Conf. set for 6/23/2005 @ 11:30 A.M. (Digital Recording.) (Russo, Noreen) Modified on 5/4/2005 (Russo, Noreen). (Entered: 04/29/2005) |
| 04/29/2005 | ◐ | Judge Robert B. Collings : Electronic ORDER entered granting in part and denying in part 130 Motion to Modify Conditions of Release as to Jose Torrado (6). " ALLOWED to the extent that the Defendant is permitted to reside at 32 West Fifth St. Lowell vrs. 4 Florence Ave, Lowell, otherwise DENIED. (Russo, Noreen) (Entered: 05/01/2005) |
| 04/29/2005 | ◐ | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Motion(s) Hearing as to Pedro Alberto Miranda, Enrique Agosto, Jose Torrado, Luis F. Sanchez held on 4/29/2005 re [123] Assented to MOTION for Extension of Time to File *Motions and Government Response* filed by Pedro Alberto Miranda,, [122] Assented to MOTION for Extension of Time to May 13, 2005 to File motions filed by |

| | | |
|---|---|---|
| | | Luis F. Sanchez,, [125] Assented to MOTION for Extension of Time to File *for Filing Motions and Government Response* filed by Enrique Agosto,, [121] MOTION to Withdraw as Attorney by Robert M. Goldstein. filed by Luis F. Sanchez,, 130 MOTION to Modify Conditions of Release filed by Jose Torrado. Court to allow motions for extension of time to all Def'ts that has so motioned, with Gov't response by cob 6/6/2005. Court asks Def't Torrado to report to Pretrial Services for interview of 3P custodian. Court does not grant motion to allow Attorney Goldstien to withdraw but instead allows him more time to file motions to 6/17/2005 and allows Gov't responses as to Def't Sanchez to 6/27/05. (Digital Recording.) (Russo, Noreen). (Entered: 05/03/2005) |
| 04/29/2005 | ❏ | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Hearing as to Jose Torrado held on 4/29/2005. T. Feeley for Gov't, L. Glaser for Def't, Jose Torrado present. After report from Pretrial services, Court allows new address for Def't and will leave the def'ts mother as 3P custodian. But will allow Def't to live at 32 West Fifth Street, Lowell. (Digital Recording.) (Russo, Noreen) (Entered: 05/04/2005) |
| 05/04/2005 | ❏133 | Judge Robert B. Collings : ORDER entered. ORDER FOR FINAL STATUS CONFERENCE (L.R. 116.5(C)) as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Juan Nunez (Russo, Noreen) (Entered: 05/11/2005) |
| 06/02/2005 | ❏142 | MOTION to Modify Conditions of Release as to Jose Torrado. (Glaser, Lenore) (Entered: 06/02/2005) |
| 06/09/2005 | ❏ | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 131 Motion for Extension of Time as to Julio Carrion Santiago (1), Reynaldo Rivera (3), Jose Rodriguez (4), Enrique Agosto (5), Jose Torrado (6), Carlos Sanchez (7), Luis F. Sanchez (8), Edwin Torrez (9), Zuleima Reyes (10), Santiago Arroyo (11); granting 118 Motion for Extension of Time to File Response/Reply as to Enrique Agosto (5), Zuleima Reyes (10); granting [125] Motion for Extension of Time as to Enrique Agosto (5); granting [122] Motion for Extension of Time to File as to Luis F. Sanchez (8) (Nicewicz, Craig) (Entered: 06/09/2005) |
| | | |

| 06/15/2005 | ❏150 | RESPONSE to Motion by USA as to Jose Torrado re 142 MOTION to Modify Conditions of Release (Casper, Denise) (Entered: 06/15/2005) |
| 06/22/2005 | ❏152 | NOTICE *of Final Status Conference Report* by USA as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Casper, Denise) (Entered: 06/22/2005) |
| 06/22/2005 | ❏ | Judge Robert B. Collings : Electronic ORDER entered denying 142 Motion to Modify Conditions of Release as to Jose Torrado (6)."DENIED." (Russo, Noreen). (Entered: 06/23/2005) |
| 06/23/2005 | ❏ | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Final Status Conference as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Juan Nunez held on 6/23/2005. D. Casper for Gov't, Defense counsel Cicilline does not appear. Court indicates date of 7/15/2005 for Mr. Goldstien to file discovery motions, if no motion(s) filed the case will be forwarded to District Court Judge, court will hold case until 7/15/2005. Court also takes up issue of Jose Torrado's motion to modify conditions of release. Court notes 6/22/2005 denial of 142 but requests new motion from Ms. Glaser, with Mr. Torrado's wife's hours of work, where she works, and why def't cannot care for children with electronic monitoring. (Digital Recording.) (Russo, Noreen). (Entered: 06/23/2005) |
| 07/26/2005 | ❏ | Judge Nathaniel M. Gorton : Electronic ORDER entered granting [153] Motion for Leave to File Excess Pages as to Julio Carrion Santiago (1); granting 3 Motion to Unseal Case as to Julio Carrion Santiago (1), Pedro Alberto Miranda (2), Reynaldo Rivera (3), Jose Rodriguez (4), Enrique Agosto (5), Jose Torrado (6), Carlos Sanchez (7), Luis F. Sanchez (8), Edwin Torrez (9), Zuleima Reyes (10), Santiago Arroyo (11) (Nicewicz, Craig) (Entered: 07/26/2005) |
| 08/30/2005 | ❏167 | MOTION Pre-Plea Presentence Report as to Jose Torrado. (Glaser, Lenore) (Entered: 08/30/2005) |
|  | ❏ |  |

| 09/12/2005 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 167 Motion for pre-plea presentence report as to Jose Torrado (6) (Nicewicz, Craig) (Entered: 09/12/2005) |
|---|---|---|
| 09/21/2005 | ❑ | Notice of correction to docket made by Court staff. Correction: Docket No 170 was corrected to reflect correct judgment on motion as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Elefther, Elizabeth) (Entered: 09/21/2005) |
| 09/23/2005 | 171 | RENEWED MOTION FOR MODIFICATION OF Conditions of Release as to Jose Torrado. (Attachments: # 1 Exhibit A# 2 Exhibit C)(Elefther, Elizabeth) (Entered: 09/27/2005) |
| 09/23/2005 | 172 | AFFIDAVIT OF Lenore Glaser in Support by Jose Torrado re 171 MOTION to Modify Conditions of Release (Elefther, Elizabeth) (Entered: 09/27/2005) |
| 09/28/2005 | 173 | RESPONSE to Motion by USA as to Jose Torrado re 171 MOTION to Modify Conditions of Release (Bloomer, William) (Entered: 09/28/2005) |
| 10/04/2005 | ❑ | Judge Robert B. Collings : ElectronicORDER entered granting in part and denying in part 171 Motion to Modify Conditions of Release as to Jose Torrado (6) "ALLOWED to the extent that the defendant can be off the bracelet until 9:00 A.M. on weekday nights - Monday through Friday; otherwise, DENIED." (Russo, Noreen) (Entered: 10/04/2005) |
| 10/13/2005 | 179 | MOTION for Bill of Particulars as to Reynaldo Rivera, Jose Torradoby USA. (Barclay, Kristina) (Entered: 10/13/2005) |
| 10/18/2005 | ❑ | Notice of correction to docket made by Court staff. Correction: Docket No 180 corrected because it was a duplicated entry of 181. (Elefther, Elizabeth) (Entered: 10/18/2005) |
| 10/18/2005 | 183 | Judge Robert B. Collings : ORDER entered. ORDER AFTER FINAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(C) as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Russo, Noreen) (Entered: 10/18/2005) |
| 10/18/2005 | ❑ | Case as to Julio Carrion Santiago, Pedro Alberto Miranda, |

| | | |
|---|---|---|
| | | Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Juan Nunez no longer referred to Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 10/18/2005) |
| 10/21/2005 | ❏ | NOTICE OF HEARING as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez Initial Pretrial Conference set for 11/1/2005 11:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 10/21/2005) |
| 10/31/2005 | ❏187 | MOTION for Rule 11 Hearing as to Jose Torrado. (Glaser, Lenore) (Entered: 10/31/2005) |
| 11/01/2005 | ❏ | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Pretrial Conference as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez held on 11/1/2005. Court will deny motion to suppress of Edwin Torrez (M&O to issue), one other outstanding motion to suppress to be heard week of 11/14/05. Motions in limine due 3/6/06, responses 3/13/06. Proposed voir dire, propsed verdict form, witness and exhibit lists due 3/13/06, responses and objections due 3/20/06. Propsed jury instructions 3/20/06. Court has colloquy with counsel on empanelment method. Jury Trial set for 3/27/2006 09:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. (Court Reporter Romanow.) (Nicewicz, Craig) (Entered: 11/01/2005) |
| 11/09/2005 | ❏ | Judge Nathaniel M. Gorton : ElectronicORDER entered granting [189] Motion for Extension of Time as to Julio Carrion Santiago (1); granting [90] Motion to Seal Document as to Jose Rodriguez (4); granting 187 Motion for Rule 11 Hearing as to Jose Torrado (6); granting [190] Motion to Exclude as to Edwin Torrez (9) (Nicewicz, Craig) (Entered: 11/09/2005) |
| 11/09/2005 | ❏191 | MOTION to Modify Conditions of Release as to Jose Torrado. (Glaser, Lenore) (Entered: 11/09/2005) |
| 11/15/2005 | ❏193 | RESPONSE to Motion by USA as to Jose Torrado re 191 |

| | | |
|---|---|---|
| | . | MOTION to Modify Conditions of Release (Bloomer, William) (Entered: 11/15/2005) |
| 12/13/2005 | ❏ | Judge Nathaniel M. Gorton : Electronic ORDER entered denying 191 Motion to Modify Conditions of Release as to Jose Torrado (6) (Elefther, Elizabeth) (Entered: 12/13/2005) |
| 12/19/2005 | ❏199 | MOTION to Modify Conditions of Release *for Christmas* as to Jose Torrado. (Glaser, Lenore) (Entered: 12/19/2005) |
| 12/20/2005 | ❏ | Judge Nathaniel M. Gorton : ORDER entered granting 199 Motion to Modify Conditions of Release as to Jose Torrado (6) (Nicewicz, Craig) (Entered: 12/21/2005) |
| 12/28/2005 | ❏201 | MOTION to Modify Conditions of Release *for New Year's Eve* as to Jose Torrado. (Glaser, Lenore) (Entered: 12/28/2005) |
| 12/28/2005 | ❏ | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 201 Motion to Modify Conditions of Release as to Jose Torrado (6) (Sonnenberg, Elizabeth) (Entered: 12/28/2005) |
| 01/27/2006 | ❏204 | MOTION to Continue as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunezby USA. (Bloomer, William) (Entered: 01/27/2006) |
| 02/06/2006 | ❏210 | Assented to MOTION to Modify Conditions of Release as to Jose Torrado. (Glaser, Lenore) (Entered: 02/06/2006) |
| 02/06/2006 | ❏ | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 210 Motion to Modify Conditions of Release as to Jose Torrado (6) (Nicewicz, Craig) (Entered: 02/06/2006) |
| 02/13/2006 | ❏ | Terminate Deadlines and Hearings as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez: trial (Nicewicz, Craig) (Entered: 02/13/2006) |
| 02/13/2006 | ❏ | Judge Nathaniel M. Gorton : Electronic ORDER entered granting in part and denying in part 204 Motion to Continue as to Julio Carrion Santiago (1), Pedro Alberto Miranda (2), Reynaldo Rivera (3), Jose Rodriguez (4), Enrique Agosto (5), Jose Torrado (6), Carlos Sanchez (7), Luis F. Sanchez (8). |

| | | |
|---|---|---|
| | | Edwin Torrez (9), Zuleima Reyes (10), Juan Nunez (12) Status Conference set for 3/23/2006 03:30 PM in Courtroom 4 before Judge Nathaniel M. Gorton. A final postponed trial date will be determined. (Nicewicz, Craig) (Entered: 02/13/2006) |
| 02/21/2006 | ❷212 | MOTION for Rule 11 Hearing *and Sentencing Hearing* as to Jose Torrado. (Glaser, Lenore) (Entered: 02/21/2006) |
| 03/22/2006 | ❷ | Judge Nathaniel M. Gorton : Electronic ORDER entered denying [214] Motion to Continue as to Jose Rodriguez. Ms. Carter is excused from attending the status conference. (4); granting 212 Motion for Rule 11 Hearing as to Jose Torrado (6) Change of Plea Hearing set for 5/5/2006 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. Sentencing set for 5/5/2006 03:00 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 03/22/2006) |
| 03/27/2006 | ❷220 | MOTION to Strike *Motion to Suppress* as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunezby USA. (Bloomer, William) (Entered: 03/27/2006) |
| 03/29/2006 | ❷ | Terminate Deadlines and Hearings as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez: (Nicewicz, Craig) (Entered: 03/29/2006) |
| 03/29/2006 | ❷ | Terminate Deadlines and Hearings as to Jose Torrado: (Nicewicz, Craig) (Entered: 03/29/2006) |
| 03/29/2006 | ❷ | NOTICE OF RESCHEDULING as to Jose Torrado Change of Plea Hearing set for 5/12/2006 02:30 PM in Courtroom 4 before Judge Nathaniel M. Gorton. Sentencing set for 5/12/2006 02:30 PM in Courtroom 4 before Judge Nathaniel M. Gorton. The 5/5/2006 dates are cancelled.(Nicewicz, Craig) (Entered: 03/29/2006) |
| 03/30/2006 | ❷221 | Assented to MOTION to Modify Conditions of Release as to Jose Torrado. (Glaser, Lenore) (Entered: 03/30/2006) |
| 04/07/2006 | ❷ | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 221 Motion to Modify Conditions of Release as to Jose Torrado (6) (Nicewicz, Craig) (Entered: 04/10/2006) |

| 04/14/2006 | ●222 | MOTION for Extension of Time to April 21, 2006 to File Response/Reply *to Motion to Suppress (Rodriguez)* as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunezby USA. (Bloomer, William) (Entered: 04/14/2006) |
| --- | --- | --- |
| 04/18/2006 | ● | Judge Nathaniel M. Gorton : Electronic ORDER entered granting [219] Motion to Continue as to Julio Carrion Santiago (1), Pedro Alberto Miranda (2), Reynaldo Rivera (3), Jose Rodriguez (4), Enrique Agosto (5), Carlos Sanchez (7), Luis F. Sanchez (8), Edwin Torrez (9), Zuleima Reyes (10), Juan Nunez (12); granting 222 Motion for Extension of Time to File Response/Reply as to Julio Carrion Santiago (1), Pedro Alberto Miranda (2), Reynaldo Rivera (3), Jose Rodriguez (4), Enrique Agosto (5), Jose Torrado (6), Carlos Sanchez (7), Luis F. Sanchez (8), Edwin Torrez (9), Zuleima Reyes (10), Santiago Arroyo (11), Juan Nunez (12); granting [218] Motion to Exclude as to Edwin Torrez (9); granting 204 Motion to Continue as to Santiago Arroyo (11) (Nicewicz, Craig) (Entered: 04/18/2006) |
| 04/21/2006 | ●224 | Letter from William Bloomer (non-motion) regarding proposed grouping of defendants as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Sonnenberg, Elizabeth) (Entered: 04/21/2006) |
| 05/02/2006 | ● | Terminate Deadlines and Hearings as to Jose Torrado: plea & sentencing. (Nicewicz, Craig) (Entered: 05/02/2006) |
| 05/02/2006 | ● | NOTICE OF RESCHEDULING as to Jose Torrado Change of Plea Hearing set for 6/2/2006 02:30 PM in Courtroom 4 before Judge Nathaniel M. Gorton. Sentencing set for 6/2/2006 02:30 PM in Courtroom 4 before Judge Nathaniel M. Gorton. (Nicewicz, Craig) (Entered: 05/02/2006) |
| 05/04/2006 | ●226 | NOTICE OF ATTORNEY APPEARANCE Sharron A. Kearney appearing for USA. (Kearney, Sharron) (Entered: 05/04/2006) |
| 05/16/2006 | ●229 | MOTION to Continue *Trial to October 16, 2006* as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera. |

| | | |
|---|---|---|
| | | Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunezby USA. (Bloomer, William) (Entered: 05/16/2006) |
| 05/16/2006 | ❏230 | Letter (non-motion) regarding Change of Address as to Jose Torrado (Glaser, Lenore) (Entered: 05/16/2006) |
| 05/16/2006 | ❏ | Terminate Deadlines and Hearings as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez: trial (Nicewicz, Craig) (Entered: 05/16/2006) |
| 05/16/2006 | ❏ | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 229 Motion to Continue as to Julio Carrion Santiago (1), Pedro Alberto Miranda (2), Reynaldo Rivera (3), Enrique Agosto (5), Jose Torrado (6), Carlos Sanchez (7), Luis F. Sanchez (8), Edwin Torrez (9), Santiago Arroyo (11), Juan Nunez (12) Motion allowed; no further continuances. Jury Trial set for 10/16/2006 09:00 AM in Courtroom 4 before Judge Nathaniel M. Gorton. None of the defendants nor any claims will be severed. (Nicewicz, Craig) (Entered: 05/16/2006) |
| 05/17/2006 | ❏231 | Assented to MOTION to Modify Conditions of Release as to Jose Torrado. (Glaser, Lenore) (Entered: 05/17/2006) |
| 05/19/2006 | ❏ | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 231 Motion to Modify Conditions of Release as to Jose Torrado (6) (Sonnenberg, Elizabeth) (Entered: 05/19/2006) |
| 05/30/2006 | ❏232 | SENTENCING MEMORANDUM by USA as to Jose Torrado (Bloomer, William) (Entered: 05/30/2006) |
| 06/01/2006 | ❏233 | SENTENCING MEMORANDUM by Jose Torrado (Glaser, Lenore) (Entered: 06/01/2006) |
| 06/02/2006 | ❏ | ElectronicClerk's Notes for proceedings held before Judge Nathaniel M. Gorton :Plea and Sentence Hearing held on 6/2/2006 Jose Torrado (6) Plea of guilty and sentencing on Count 1s. Defendant sentenced: Jose Torrado (6), Count(s) 1s. TOL 23 CHC I, 46-57 months. Minimum mandatory of 60 months. Submit to DNA sample, no firearms, refrain from use |

| | | |
|---|---|---|
| | | of drugs, unlawful substances. $100 SA. Defendant remanded to custody of US Marshal... (Court Reporter Dahlstrom.) (Nicewicz, Craig) (Entered: 06/05/2006) |
| 06/12/2006 | 234 | NOTICE OF APPEAL by Jose Torrado Filing fee $ 455. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 7/3/2006. (Glaser, Lenore) (Entered: 06/12/2006) |
| 06/12/2006 | 235 | MOTION for Leave to Proceed In Forma Pauperis as to Jose Torrado. (Glaser, Lenore) (Entered: 06/12/2006) |
| 06/12/2006 | 236 | Judge Nathaniel M. Gorton : ORDER entered. JUDGMENT as to Jose Torrado (6), Count(s) 1s, TOL 23 CHC I, On Count 1s Minimum mandatory of 60 months. 4 years SR. Submit to DNA sample, no firearms, refrain from use of drugs, unlawful substances. $100 SA., STATEMENT OF REASONS as to Jose Torrado (Nicewicz, Craig) (Entered: 06/13/2006) |
| 06/14/2006 | 237 | MOTION for Return of Property/PostTrial as to Jose Torrado. (Glaser, Lenore) (Entered: 06/14/2006) |
| 06/16/2006 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 235 Motion to Proceed In Forma Pauperis as to Jose Torrado (6) (Sonnenberg, Elizabeth) (Entered: 06/19/2006) |
| 06/28/2006 | | Judge Nathaniel M. Gorton : Electronic ORDER entered granting 237 Motion for Return of Property/PostTrial as to Jose Torrado (6) (Nicewicz, Craig) (Entered: 06/28/2006) |
| 08/14/2006 | 249 | US Marshal Process Receipt and Return for Dismissal of Forfeiture. One Gray 2004 Toyota Matrix, registrant's name: Harry Medina served Delivered on 7/25/06 (Sonnenberg, Elizabeth) (Entered: 08/15/2006) |
| 08/28/2006 | | Motions terminated as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo. Juan Nunez: 220 MOTION to Strike filed by USA,, [206] MOTION to Sever filed by Julio Carrion Santiago, denied in open court. (Nicewicz, Craig) (Entered: 08/28/2006) |
| | | |

| 09/01/2006 | 252 | Opposition to as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez: [250] MOTION to Dismiss filed by Julio Carrion Santiago,. (Bloomer, William) Modified on 9/5/2006 (Sonnenberg, Elizabeth). (Entered: 09/01/2006) |
|---|---|---|
| 09/15/2006 | 269 | MOTION in Limine *to Introduce Evidence of Defendants' Heroin Trafficking* as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunezby USA. (Attachments: # 1 # 2 # 3)(Bloomer, William) (Entered: 09/15/2006) |
| 09/15/2006 | 270 | Second MOTION in Limine as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunezby USA. (Bloomer, William) (Entered: 09/15/2006) |
| 09/15/2006 | 271 | Third MOTION in Limine as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunezby USA. (Bloomer, William) (Entered: 09/15/2006) |
| 09/15/2006 | 272 | Fourth MOTION in Limine as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunezby USA. (Bloomer, William) (Entered: 09/15/2006) |
| 09/15/2006 | 273 | Fifth MOTION in Limine as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunezby USA. (Bloomer, William) (Entered: 09/15/2006) |
| 09/22/2006 | 281 | EXHIBIT/WITNESS LIST by USA as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Bloomer, William) (Entered: |

| | | 09/22/2006) |
|---|---|---|
| 09/22/2006 | ❑282 | Opposition by Juan Nunez as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez re 271 Third MOTION in Limine *RE: GOVERNMENT'S MOTION PURSUANT TO UNITED STATES V. RENGIFO REGARDING ENGLISH LANGUAGE TRANSLATIONS OF TAPE RECORDED SPANISH CONVERSATIONS* (Witkin, Roger) (Entered: 09/22/2006) |
| 09/22/2006 | ❑283 | Opposition by Juan Nunez as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez re 270 Second MOTION in Limine *OPPOSITION TO GOVERNMENT'S MOTION TO SEQUESTER WITNESSES AND TO REQUEST THAT THE CASE AGENT BE ALLOWED TO REMAIN IN THE COURTROOM* (Witkin, Roger) (Entered: 09/22/2006) |
| 09/22/2006 | ❑284 | EXHIBIT/WITNESS LIST by USA as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Bloomer, William) (Entered: 09/22/2006) |
| 09/22/2006 | ❑285 | MOTION to Withdraw as Attorney by Sharron A. Kearney. as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunezby USA. (Kearney, Sharron) (Entered: 09/22/2006) |
| 09/22/2006 | ❑286 | MEMORANDUM in Opposition by USA as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez re [275] MOTION for Leave to File *additional motions in limine* (Bloomer, William) (Entered: 09/22/2006) |
| 09/22/2006 | ❑287 | MEMORANDUM in Opposition by USA as to Julio Carrion |

| | | |
|---|---|---|
| | | Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez re [263] Second MOTION in Limine *regarding alias* (Bloomer, William) (Entered: 09/22/2006) |
| 09/25/2006 | 293 | Letter (non-motion) as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Bloomer, William) (Entered: 09/25/2006) |
| 10/02/2006 | 300 | Proposed Voir Dire by USA as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Rue, Nancy) (Entered: 10/02/2006) |
| 10/02/2006 | 301 | EXHIBIT/WITNESS LIST by USA as to Julio Carrion Santiago, Pedro Alberto Miranda, Reynaldo Rivera, Jose Rodriguez, Enrique Agosto, Jose Torrado, Carlos Sanchez, Luis F. Sanchez, Edwin Torrez, Zuleima Reyes, Santiago Arroyo, Juan Nunez (Bloomer, William) (Entered: 10/02/2006) |